MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: Benjamin Matthew Seiss (ben.seiss@alabamaag.gov), Diandra "Fu" S
Debrosse Zimmermann (fu@dicellolevitt.com), Myron C Penn (myronpenn28@hotmail.com), U. W.
Clemon (uwclemon1@gmail.com), Joe R Whatley, Jr (jwhatley@whatleykallas.com), William M Espy
(wespy@mewlegal.com), James Uriah Blacksher (jublacksher@gmail.com), Christina Rossi
Pantazis (cpantazis@balch.com), Michael A. Scodro (mscodro@mayerbrown.com), Michelle
Christine Rupp (michelle.rupp@usdoj.gov), Henry C Quillen (hquillen@whatleykallas.com),
Joseph C Espy, III (jespy@mewlegal.com), Barbara H. Agricola (barbara@agricolalaw.com),
Thomas Alexander Wilson (thomas.wilson@alabamaag.gov), Brenton Merrill Smith
(brenton.smith@alabamaag.gov), John J Park, Jr (jjp@sbllaw.net), Charles A. McKay
(charles.mckay@alabamaag.gov), W. Edward Still (edwardstill@gmail.com), Richard F Allen
(richard_allen@alnd.uscourts.gov), James W Davis (jim.davis@alabamaag.gov), Benjamin J Espy
(bespy@mewlegal.com), Jason R Cheek (jason.cheek@usdoj.gov), Misty Shawn Fairbanks Messick
(misty.messick@alabamaag.gov), W Tucker Brown (tbrown@whatleykallas.com), Alexander Barrett
Bowdre (barrett.bowdre@alabamaag.gov), Jordan Dorman Walker (dwalker@balch.com), Edmund
Gerard LaCour, Jr (edmund.lacour@alabamaag.gov), Eli Joseph Hare (ehare@dicellolevitt.com),
Algert Swanson Agricola, Jr (al@agricolalaw.com), Expert Cartographer (ely@compass-
demographics.com), Chris Pringle (dwalker@balch.com), Quin Hillyer (jackparklaw@gmail.com),
Stanley Marcus (stanley_marcus@ca11.uscourts.gov), Terry F Moorer
(efile_moorer@alsd.uscourts.gov), Jim McClendon (dwalker@balch.com), Judge Anna M Manasco
(manasco_chambers@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<5698063@alnd.uscourts.gov>
Subject:Activity in Case 2:21-cv-01291-AMM Singleton et al v. Allen Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 9/7/2023 at 9:56 AM CDT and filed on 9/7/2023
**Case Name:**     Singleton et al v. Allen
**Case Number:**   2:21-cv-01291-AMM
**Filer:**
**Document Number:** 197(No document attached)

**Docket Text:**
**TEXT ORDER. The Clerk of Court is DIRECTED to open a Miscellaneous Civil Case to facilitate the work of the Special Master. Signed by Judge Anna M Manasco on 9/7/2023. (FNC)**

**2:21-cv-01291-AMM Notice has been electronically mailed to:**

Expert Cartographer    ely@compass-demographics.com

Alexander Barrett Bowdre    Barrett.Bowdre@alabamaAG.gov

Algert Swanson Agricola , Jr    al@agricolalaw.com

Barbara H. Agricola    barbara@agricolalaw.com

Benjamin J Espy    bespy@mewlegal.com

Benjamin Matthew Seiss    ben.seiss@alabamaag.gov

Brenton Merrill Smith    Brenton.Smith@AlabamaAG.gov

Charles A. McKay    charles.mckay@alabamaAG.gov

Christina Rossi Pantazis    cpantazis@balch.com

Diandra "Fu&quo S Debrosse Zimmermann    fu@dicellolevitt.com

Edmund Gerard LaCour , Jr    Edmund.Lacour@AlabamaAG.gov

Eli Joseph Hare    ehare@dicellolevitt.com

Henry C Quillen    hquillen@whatleykallas.com

James Uriah Blacksher    jublacksher@gmail.com

James W Davis    jim.davis@alabamaag.gov

Jason R Cheek    jason.cheek@usdoj.gov

Joe R Whatley , Jr    jwhatley@whatleykallas.com

John J Park , Jr    jjp@sbllaw.net

Jordan Dorman Walker    dwalker@balch.com

Joseph C Espy , III    jespy@mewlegal.com

Michael A. Scodro    mscodro@mayerbrown.com

Michelle Christine Rupp    michelle.rupp@usdoj.gov

Misty Shawn Fairbanks Messick    Misty.Messick@AlabamaAG.gov

Myron C Penn    myronpenn28@hotmail.com

Richard F Allen    Richard_Allen@alnd.uscourts.gov

Thomas Alexander Wilson    thomas.wilson@alabamaag.gov

U. W. Clemon    uwclemon1@gmail.com

W Tucker Brown    tbrown@whatleykallas.com

W. Edward Still    edwardstill@gmail.com

William M Espy    wespy@mewlegal.com

**2:21-cv-01291-AMM Notice has been delivered by other means to:**

T Christian Herren , Jr
US DEPARTMENT OF JUSTICE - CIVIL RIGHTS DIVISION
Voting Section/NWB - Room 7254
950 Pennsylvania Avenue NW
Washington, DC 20530

Timothy F Mellett
U S DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room NWB-7254
Washington, DC 20530

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: Julie A Ebenstein (jebenstein@aclu.org), Dayton Campbell-Harris
(dcampbell-harris@aclu.org), Brittany Carter (bcarter@naacpldf.org), Benjamin Matthew Seiss
(ben.seiss@alabamaag.gov), Alison Nicole Mollman (amollman@aclualabama.org), Bryan L. Sells
(bryan@bryansellslaw.com), Michael Lovejoy Turrill (michael.turrill@hoganlovells.com),
Sidney Monroe Jackson (sjackson@wigginschilds.com), Mark W Sabel, Jr
(mksabel@mindspring.com), Ashley Burrell (aburrell@naacpldf.org), Shelita M Stewart
(shelita.stewart@hoganlovells.com), Anna Bobrow (abobrow@cov.com), Sophia Lin Lakin
(slakin@aclu.org), Benjamin Klein (bklein@cov.com), Christina Rossi Pantazis
(cpantazis@balch.com), Harmony R Gbe (harmony.gbe@hoganlovells.com), Michael A. Scodro
(mscodro@mayerbrown.com), Anthony Ashton (aashton@naacpnet.org), Amanda N Allen
(amanda.n.allen@hoganlovells.com), Robert D Fram (rfram@cov.com), Michelle Christine Rupp
(michelle.rupp@usdoj.gov), Brenton Merrill Smith (brenton.smith@alabamaag.gov), Thomas
Alexander Wilson (thomas.wilson@alabamaag.gov), Jessica L Ellsworth
(jessica.ellsworth@hoganlovells.com), Charles A. McKay (charles.mckay@alabamaag.gov),
Richard F Allen (richard_allen@alnd.uscourts.gov), Stuart Naifeh (snaifeh@naacpldf.org),
Richard P Rouco (rrouco@qcwdr.com), James W Davis (jim.davis@alabamaag.gov), Paulina Slagter
(pslagter@cov.com), Nicki Leili Lawsen (nlawsen@wigginschilds.com), Deuel Ross
(dross@naacpldf.org), Jason R Cheek (jason.cheek@usdoj.gov), Mateo Forero-Norena
(mforero@holtzmanvogel.com), David Dunn (david.dunn@hoganlovells.com), Leah C Aden
(laden@naacpldf.org), Kathryn Carden Sadasivan (ksadasivan@naacpldf.org), Misty Shawn
Fairbanks Messick (misty.messick@alabamaag.gov), John Mark White
(mwhite@whitearnolddowd.com), Alexander Barrett Bowdre (barrett.bowdre@alabamaag.gov),
Denzel Efemena Okinedo (dokinedo@burr.com), Jordan Dorman Walker (dwalker@balch.com), Anna
Kathryn Barnes (abarnes@naacpnet.org), Christopher E Mills (cmills@spero.law), Davin
Rosborough (drosborough@aclu.org), Blayne R Thompson (blayne.thompson@hoganlovells.com),
Edmund Gerard LaCour, Jr (edmund.lacour@alabamaag.gov), Caster Plaintiffs
(rrouco@qcwdr.com), Expert Cartographer (ely@compass-demographics.com), Terri Sewell
(mwhite@whitearnolddowd.com), Judge Stanley Marcus (sm@ca11.uscourts.gov), Members of the
Congressional Black Caucus of the U.S. Senate and U.S. House of Representatives
(mwhite@whitearnolddowd.com), Judge Terry Moorer (efile_moorer@alsd.uscourts.gov), Judge
Anna M Manasco (manasco_chambers@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<5698051@alnd.uscourts.gov>
Subject:Activity in Case 2:21-cv-01530-AMM Milligan et al v. Allen et al Order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Northern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 9/7/2023 at 9:54 AM CDT and filed on 9/7/2023

**Case Name:**      Milligan et al v. Allen et al

**Case Number:** <u>2:21-cv-01530-AMM</u>
**Filer:**
**Document Number:** 283(No document attached)

**Docket Text:**
**TEXT ORDER. The Clerk of Court is DIRECTED to open an Miscellaneous Civil Case to facilitate the work of the Special Master. Signed by Judge Anna M Manasco on 9/7/2023. (FNC)**


**2:21-cv-01530-AMM Notice has been electronically mailed to:**

Expert Cartographer    ely@compass-demographics.com

Ashley Burrell    aburrell@naacpldf.org

Alexander Barrett Bowdre    Barrett.Bowdre@alabamaAG.gov

Alison Nicole Mollman    amollman@aclualabama.org

Amanda N Allen    amanda.n.allen@hoganlovells.com

Anna Bobrow    abobrow@cov.com

Anna Kathryn Barnes    abarnes@naacpnet.org

Anthony Ashton    aashton@naacpnet.org

Benjamin Klein    bklein@cov.com

Benjamin Matthew Seiss    ben.seiss@alabamaag.gov

Blayne R Thompson    blayne.thompson@hoganlovells.com

Brenton Merrill Smith    Brenton.Smith@AlabamaAG.gov

Brittany Carter    bcarter@naacpldf.org

Bryan L. Sells    bryan@bryansellslaw.com

Charles A. McKay    charles.mckay@alabamaAG.gov

Christina Rossi Pantazis    cpantazis@balch.com

Christopher E Mills    cmills@spero.law

David Dunn    david.dunn@hoganlovells.com

Davin Rosborough    drosborough@aclu.org

Dayton Campbell-Harris    dcampbell-harris@aclu.org

Denzel Efemena Okinedo    dokinedo@burr.com

Deuel Ross    dross@naacpldf.org

Edmund Gerard LaCour , Jr    Edmund.Lacour@AlabamaAG.gov

Harmony R Gbe    harmony.gbe@hoganlovells.com

James W Davis    jim.davis@alabamaag.gov

Jason R Cheek    jason.cheek@usdoj.gov

Jessica L Ellsworth    jessica.ellsworth@hoganlovells.com

John Mark White    mwhite@whitearnolddowd.com

Jordan Dorman Walker    dwalker@balch.com

Julie A Ebenstein    jebenstein@aclu.org

Kathryn Carden Sadasivan    ksadasivan@naacpldf.org

Leah C Aden    laden@naacpldf.org

Mark W Sabel , Jr    mksabel@mindspring.com

Mateo Forero-Norena    mforero@holtzmanvogel.com

Michael A. Scodro    mscodro@mayerbrown.com

Michael Lovejoy Turrill    michael.turrill@hoganlovells.com

Michelle Christine Rupp    michelle.rupp@usdoj.gov

Misty Shawn Fairbanks Messick    Misty.Messick@AlabamaAG.gov

Nicki Leili Lawsen    nlawsen@wigginschilds.com

Paulina Slagter    pslagter@cov.com

Richard F Allen    Richard_Allen@alnd.uscourts.gov

Richard P Rouco    rrouco@qcwdr.com

Robert D Fram    rfram@cov.com

Shelita M Stewart    shelita.stewart@hoganlovells.com

Sidney Monroe Jackson    sjackson@wigginschilds.com

Sophia Lin Lakin    slakin@aclu.org

Stuart Naifeh    snaifeh@naacpldf.org

Thomas Alexander Wilson    thomas.wilson@alabamaag.gov

**2:21-cv-01530-AMM Notice has been delivered by other means to:**

Jarmal Jabbar Sanders(Terminated)
225 Alabama Ave
Selma, AL 36703

T Christian Herren , Jr
US DEPARTMENT OF JUSTICE - CIVIL RIGHTS DIVISION
Voting Section/NWB - Room 7254
950 Pennsylvania Avenue NW
Washington, DC 20530

Timothy F Mellett
U S DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room NWB-7254
Washington, DC 20530

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: Algert Swanson Agricola, Jr (al@agricolalaw.com), Barbara H. Agricola
(barbara@agricolalaw.com), Richard F Allen (richard_allen@alnd.uscourts.gov), Alexander
Barrett Bowdre (barrett.bowdre@alabamaag.gov), Aria C Branch (abranch@elias.law), Jason R
Cheek (jason.cheek@usdoj.gov), James W Davis (jim.davis@alabamaag.gov), Jyoti Jasrasaria
(jjasrasaria@elias.law), Abha Khanna (akhanna@elias.law), Edmund Gerard LaCour, Jr
(edmund.lacour@alabamaag.gov), Lalitha D Madduri (lmadduri@elias.law), Charles A. McKay
(charles.mckay@alabamaag.gov), Misty Shawn Fairbanks Messick (misty.messick@alabamaag.gov),
Christina Rossi Pantazis (cpantazis@balch.com), Joseph N. Posimato (jposimato@elias.law),
Richard P Rouco (rrouco@qcwdr.com), Michelle Christine Rupp (michelle.rupp@usdoj.gov),
Makeba Rutahindurwa (mrutahindurwa@elias.law), Michael A. Scodro (mscodro@mayerbrown.com),
Benjamin Matthew Seiss (ben.seiss@alabamaag.gov), Brenton Merrill Smith
(brenton.smith@alabamaag.gov), Jordan Dorman Walker (dwalker@balch.com), Thomas Alexander
Wilson (thomas.wilson@alabamaag.gov), Jeff Coleman (jeff.coleman@colemanallied.com), Expert
Cartographer (ely@compass-demographics.com), Chris Pringle (dwalker@balch.com), Judge Anna M
Manasco (manasco_chambers@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<5698056@alnd.uscourts.gov>
Subject:Activity in Case 2:21-cv-01536-AMM Caster et al v. Allen Order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Alabama**

**Notice of Electronic Filing**

The following transaction was entered on 9/7/2023 at 9:55 AM CDT and filed on 9/7/2023

| | |
|---|---|
| **Case Name:** | Caster et al v. Allen |
| **Case Number:** | <u>2:21-cv-01536-AMM</u> |
| **Filer:** | |
| **Document Number:** | 232(No document attached) |

**Docket Text:**
**TEXT ORDER. The Clerk of Court is DIRECTED to open an Miscellaneous Civil Case to facilitate the work of the Special Master. Signed by Judge Anna M Manasco on 9/7/2023. (FNC)**

**2:21-cv-01536-AMM Notice has been electronically mailed to:**

Expert Cartographer     ely@compass-demographics.com

Abha Khanna    AKhanna@elias.law

Alexander Barrett Bowdre    Barrett.Bowdre@alabamaAG.gov

Algert Swanson Agricola , Jr    al@agricolalaw.com

Aria C Branch    ABranch@elias.law

Barbara H. Agricola    barbara@agricolalaw.com

Benjamin Matthew Seiss    ben.seiss@alabamaag.gov

Brenton Merrill Smith    Brenton.Smith@AlabamaAG.gov

Charles A. McKay    charles.mckay@alabamaAG.gov

Christina Rossi Pantazis    cpantazis@balch.com

Edmund Gerard LaCour , Jr    Edmund.Lacour@AlabamaAG.gov

James W Davis    jim.davis@alabamaag.gov

Jason R Cheek    jason.cheek@usdoj.gov

Jordan Dorman Walker    dwalker@balch.com

Joseph N. Posimato    jposimato@elias.law

Jyoti Jasrasaria    JJasrasaria@elias.law

Lalitha D Madduri    lmadduri@elias.law

Makeba Rutahindurwa    MRutahindurwa@elias.law

Michael A. Scodro    mscodro@mayerbrown.com

Michelle Christine Rupp    michelle.rupp@usdoj.gov

Misty Shawn Fairbanks Messick    Misty.Messick@AlabamaAG.gov

Richard F Allen    Richard_Allen@alnd.uscourts.gov

Richard P Rouco    rrouco@qcwdr.com

Thomas Alexander Wilson    thomas.wilson@alabamaag.gov

**2:21-cv-01536-AMM Notice has been delivered by other means to:**

T Christian Herren , Jr
US DEPARTMENT OF JUSTICE - CIVIL RIGHTS DIVISION

Voting Section/NWB - Room 7254
950 Pennsylvania Avenue NW
Washington, DC 20530

Timothy F Mellett
U S DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room NWB-7254
Washington, DC 20530