# UNITED STATES DISTRICT COURT
# NOIRTHERN DITRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE REDISTRCTING 2023 ) | |
| ) | Case No.: 2::23-cv- |
| ) | 11181-AMM |
| SPECIAL MASTER ) | |
| ) | |

## NOTICE OF FILING

Pursuant to the Amended Order of September 7, 2023 (No. 2), Quin Hillyer hereby gives notice of the filing of his Amicus Brief, which includes his plan as Exhibits. That consists of:

- AC1   Declaration of R. Quin E. Hillyer
- AC2   Map of Proposed Remedial Plan
- AC3   District Demographics for Remedial Plan
- AC4   Precinct Assignments in Hillyer Remedial Plan

Respectfully submitted this 11th day of September 2023,

/s/ John J. Park Jr
John J. Park Jr
Pro Hac Vice Pending
P.O. Box 3073
Gainesville, GA 30503
(678) 608-1920
jackparklaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this the 11th day of September 2022, I electronically filed the foregoing Brief of *Amicus Curiae* Quin Hillyer using the U.S. District Court for the Northen District of Alabama, Southern Division's electronic filing system, which will send notice of and an accompanying link to this Brief of *Amicus Curiae* Quin Hillyer to the parties who have previously appeared in this case.

<u>/s/ John J. Park Jr</u>
John J. Park Jr
P. O. Box 3073
Gainesville, GA 30503
(678) 608-1920
jackparklaw@gmail.com
