FILED

2023 Sep-11  AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

## Community of Interest Plan



©2021 CALIPER