FILED
2023 Sep-11  AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

User:
Plan Name: Community of Interest
Plan Type: congress

# Population Summary

Thursday, July 13, 2023     7:17 PM

| District | Population | Deviation | % Devn. | [% White] | [% Black] | [% AP_Wht] | [% AP_Blk] | [% 18+_Pop] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 65.39% | 25.05% | 70.33% | 26.43% | 77.66% | 24.6% |
| 2 | 717,754 | 0 | 0.00% | 48.51% | 42.53% | 52.46% | 44.24% | 77.73% | 42.45% |
| 3 | 717,754 | 0 | 0.00% | 70.21% | 21.28% | 74.52% | 22.61% | 78.73% | 21.58% |
| 4 | 717,754 | 0 | 0.00% | 81.18% | 7.23% | 86.36% | 8.31% | 77.48% | 7.7% |
| 5 | 717,754 | 0 | 0.00% | 69.62% | 17.37% | 76.12% | 19.06% | 78.19% | 18.06% |
| 6 | 717,755 | 1 | 0.00% | 73.99% | 14.98% | 79.06% | 16.05% | 77.03% | 14.88% |
| 7 | 717,754 | 0 | 0.00% | 39.79% | 52.15% | 43.05% | 53.44% | 78.93% | 51.55% |

| | |
|---|---|
| Total Population: | 5,024,279 |
| Ideal District Population: | 717,754 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 717,754 to 717,755 |
| Ratio Range: | 0.00 |
| Absolute Range: | 0 to 1 |
| Absolute Overall Range: | 1 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.14 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.35 |