FILED
2023 Sep-11  PM 12:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

IN RE REDISTICTING 2023

SPECIAL MASTER | No 2:20-mc-01181-AMM

## NOTICE OF SUBMISSION OF PROPOSED REMEDIAL PLAN

Comes now defendant Rep. Chris Pringle, House Chair of the Alabama Legislature's Reapportionment Committee, and in accordance with the September 7, 2023 Amended Order, *e.g. Milligan* ECF 284, gives notice gives of the submission of a proposed remedial plan, the Community of Interest Plan. Attached are the block equivalency files for the Community of Interest Plan, a map of the plan, and a population summary for the plan. Following is an explanation of the plan.

Explanation of the Community of Interest Plan

The Community of Interest Plan was approved by the Reapportionment Committee and passed by the House of Representatives but not by the Senate. The Community of Interest Plan complies with the Reapportionment Committee's Guidelines, preserves important communities of interest identified by the Legislature, complies with the United States and Alabama constitutions and the Voting Rights Act, and has one majority-Black district

23217306.1

and one opportunity district in which Black voters have an equal opportunity to elect their candidate of choice. The Community of Interest Plan complies with the requirement for a remedial plan that includes "two districts in which Black voters either compromise a voting-age majority or something quite close to it." *Milligan* ECF 107, p. 213.

Respectfully submitted this this 11th day of September, 2023.

/s/ *Dorman* Walker
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
455 Dexter Avenue
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that this the 11th day of September 2023 I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/*Dorman Walker*

2