FILED
2023 Sep-13  AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

This exhibit consists of a .csv file describing the ADC's remedial proposal. The file can be viewed and downloaded at [https://davesredistricting.org/join/a5645e82-b3fd-4a96-b693-4d950260179a](https://davesredistricting.org/join/a5645e82-b3fd-4a96-b693-4d950260179a).

A USB drive containing the file will also be mailed to the Court to be maintained as part of the physical file.

A copy of the file has also been uploaded to the Special Master's extranet.