# Exhibit A

## Plan A - Racial Demographics

### Total Population - 2020 Census

| District | White | Hispanic or Latino | Black | Asian | Native American | Pacific Islander |
|---|---|---|---|---|---|---|
| Statewide | 63.1% | 5.3% | 27.2% | 2.0% | 2.6% | 0.1% |
| 1 | 72.8% | 4.8% | 17.1% | 2.2% | 3.0% | 0.2% |
| 2 | 41.0% | 3.3% | 52.0% | 1.9% | 2.2% | 0.2% |
| 3 | 67.9% | 3.6% | 23.8% | 2.5% | 2.2% | 0.1% |
| 4 | 80.5% | 7.9% | 7.7% | 0.8% | 3.3% | 0.1% |
| 5 | 67.8% | 6.6% | 19.3% | 2.8% | 3.8% | 0.2% |
| 6 | 72.6% | 5.7% | 16.4% | 3.1% | 2.2% | 0.1% |
| 7 | 39.2% | 4.8% | 53.7% | 1.1% | 1.5% | 0.1% |

### Voting Age Population - 2020 Census

| District | White | Hispanic or Latino | Black | Asian | Native American | Pacific Islander |
|---|---|---|---|---|---|---|
| Statewide | 65.5% | 4.3% | 25.9% | 1.9% | 2.5% | 0.1% |
| 1 | 75.2% | 4.0% | 15.7% | 1.9% | 2.9% | 0.2% |
| 2 | 43.6% | 2.7% | 50.1% | 1.8% | 2.1% | 0.1% |
| 3 | 69.9% | 3.0% | 22.6% | 2.4% | 2.1% | 0.1% |
| 4 | 83.0% | 6.0% | 7.1% | 0.8% | 3.2% | 0.1% |
| 5 | 70.3% | 5.3% | 18.3% | 2.5% | 3.6% | 0.2% |
| 6 | 74.5% | 4.7% | 15.7% | 2.9% | 2.1% | 0.1% |
| 7 | 41.9% | 4.1% | 51.7% | 1.2% | 1.5% | 0.1% |

### Citizen Voting Age Population - 2020 5-Year American Community Survey

| District | White | Hispanic or Latino | Black | Asian | Native American | Pacific Islander |
|---|---|---|---|---|---|---|
| Statewide | 69.0% | 2.1% | 26.6% | 1.1% | 1.2% | 0.0% |
| 1 | 78.4% | 2.7% | 16.1% | 1.2% | 1.5% | 0.0% |
| 2 | 45.0% | 1.6% | 51.0% | 1.1% | 1.2% | 0.0% |
| 3 | 73.9% | 1.7% | 22.5% | 0.9% | 0.8% | 0.1% |
| 4 | 88.3% | 2.6% | 7.2% | 0.4% | 1.3% | 0.0% |
| 5 | 75.0% | 2.6% | 18.5% | 1.6% | 2.1% | 0.1% |
| 6 | 79.8% | 2.0% | 15.8% | 1.7% | 0.7% | 0.0% |
| 7 | 43.9% | 1.3% | 53.6% | 0.6% | 0.6% | 0.0% |