# Exhibit B

| Plan A - Democratic Vote Share in Recent Statewide Elections (Two-Party Only) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Election | Statewide | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2020 President | 37.1% | 24.4% | 56.1% | 31.0% | 18.2% | 36.2% | 32.9% | 61.4% |
| 2020 Senate | 39.8% | 27.9% | 58.2% | 33.5% | 21.5% | 39.5% | 35.6% | 63.0% |
| 2018 Governor | 40.4% | 26.7% | 56.6% | 33.5% | 24.1% | 38.6% | 36.3% | 64.4% |
| 2018 Lt. Governor | 38.7% | 25.3% | 57.0% | 32.4% | 21.4% | 36.8% | 32.4% | 62.8% |
| 2018 Attorney General | 41.2% | 28.0% | 59.4% | 34.5% | 24.7% | 39.2% | 35.2% | 64.3% |
| 2017 Senate Special | 50.8% | 35.8% | 66.5% | 44.7% | 30.8% | 49.7% | 47.7% | 72.1% |
| 2016 President | 35.6% | 22.2% | 56.1% | 29.7% | 17.9% | 32.7% | 27.9% | 60.2% |
| 2016 Senate | 35.9% | 23.0% | 54.9% | 30.6% | 21.5% | 32.8% | 27.7% | 59.2% |