# Exhibit C

### Plan A Compactness Scores

| Indicator | Reock | Polsby-Popper |
|---|---|---|
| Mean | 0.3551 | 0.2253 |
| Minimum | 0.185 | 0.1513 |
| Maximum | 0.4954 | 0.3708 |

| District | Reock | Polsby-Popper |
|---|---|---|
| 1 | 0.185 | 0.1513 |
| 2 | 0.2863 | 0.1768 |
| 3 | 0.4173 | 0.2336 |
| 4 | 0.3023 | 0.2039 |
| 5 | 0.3167 | 0.3708 |
| 6 | 0.4827 | 0.1929 |
| 7 | 0.4954 | 0.2480 |