# Exhibit D

| Plan A - District Population Overlaps With Enacted 2023 Plan ||||||||| 
| 2023 Plan ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Plan A ▼ | | | | | | | | Total |
| 1 | 64.20% | 35.80% | | | | | | 100.00% |
| 2 | 35.80% | 51.23% | | | | | 12.97% | 100.00% |
| 3 | | 11.78% | 85.59% | | | 2.63% | | 100.00% |
| 4 | | | 14.41% | 85.59% | | | | 100.00% |
| 5 | | | | | 100.00% | | | 100.00% |
| 6 | | 1.19% | | 2.28% | | 85.30% | 11.23% | 100.00% |
| 7 | | | | 12.13% | | 12.07% | 75.80% | 100.00% |

| 2023 Plan ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Plan A ▼ | | | | | | | | Total |
| 1 | 460,807 | 256,947 | | | | | | 717,754 |
| 2 | 256,947 | 367,698 | | | | | 93,109 | 717,754 |
| 3 | | 84,568 | 614,318 | | | 18,868 | | 717,754 |
| 4 | | | 103,436 | 614,319 | | | | 717,755 |
| 5 | | | | | 717,754 | | | 717,754 |
| 6 | | 8,542 | | 16,363 | | 612,275 | 80,574 | 717,754 |
| 7 | | | | 87,072 | | 86,611 | 544,071 | 717,754 |