# Exhibit E

**Plan A - Population Statistics for Divided Localities**

| The Black Belt | District | Population | Proportion |
|---|---|---|---|
| Core Counties | 2 | 390,938 | 69.5% |
|  | 3 | 51,141 | 9.1% |
|  | 7 | 120,279 | 21.4% |
|  | Total | 562,358 | 100.0% |
| Non-Core Counties | 1 | 36,757 | 34.5% |
|  | 2 | 69,844 | 65.5% |
|  | Total | 106,601 | 100.0% |

| County | District | Population | Proportion |
|---|---|---|---|
| Jefferson | 6 | 304,282 | 45.1% |
|  | 7 | 370,439 | 54.9% |
|  | Total | 674,721 | 100.0% |

| Municipality | District | Population | Proportion |
|---|---|---|---|
| Hayden, Blount County | 4 | 59 | 4.4% |
|  | 6 | 1,283 | 95.6% |
|  | Total | 1,342 | 100.0% |
| Birmingham, Jefferson County | 6 | 38,924 | 19.6% |
|  | 7 | 159,905 | 80.4% |
|  | Total | 198,829 | 100.0% |
| Clay, Jefferson County | 6 | 8,356 | 81.2% |
|  | 7 | 1,935 | 18.8% |
|  | Total | 10,291 | 100.0% |
| Montgomery, Montgomery County | 2 | 151,105 | 75.3% |
|  | 3 | 49,498 | 24.7% |
|  | Total | 200,603 | 100.0% |
| Mobile, Mobile County | 1 | 28,172 | 15.1% |
|  | 2 | 158,869 | 84.9% |
|  | Total | 187,041 | 100.0% |