# Exhibit F

## Plan B - Racial Demographics

### Total Population - 2020 Census

| District | White | Hispanic or Latino | Black | Asian | Native American | Pacific Islander |
|---|---|---|---|---|---|---|
| Statewide | 63.1% | 5.3% | 27.2% | 2.0% | 2.6% | 0.1% |
| 1 | 72.9% | 4.9% | 16.9% | 2.1% | 3.1% | 0.2% |
| 2 | 38.9% | 2.9% | 54.6% | 2.0% | 2.0% | 0.1% |
| 3 | 62.2% | 3.8% | 30.0% | 2.2% | 2.0% | 0.2% |
| 4 | 80.5% | 7.9% | 7.7% | 0.8% | 3.3% | 0.1% |
| 5 | 67.8% | 6.6% | 19.3% | 2.8% | 3.8% | 0.2% |
| 6 | 75.5% | 5.2% | 14.7% | 2.2% | 2.4% | 0.1% |
| 7 | 44.0% | 5.5% | 47.0% | 2.2% | 1.7% | 0.1% |

### Voting Age Population - 2020 Census

| District | White | Hispanic or Latino | Black | Asian | Native American | Pacific Islander |
|---|---|---|---|---|---|---|
| Statewide | 65.5% | 4.3% | 25.9% | 1.9% | 2.5% | 0.1% |
| 1 | 75.4% | 4.0% | 15.4% | 1.9% | 3.0% | 0.2% |
| 2 | 41.7% | 2.5% | 52.3% | 2.0% | 1.9% | 0.1% |
| 3 | 64.1% | 3.1% | 28.7% | 2.1% | 2.0% | 0.1% |
| 4 | 83.0% | 6.0% | 7.1% | 0.8% | 3.2% | 0.1% |
| 5 | 70.3% | 5.3% | 18.3% | 2.5% | 3.6% | 0.2% |
| 6 | 77.4% | 4.2% | 13.9% | 1.9% | 2.3% | 0.1% |
| 7 | 46.8% | 4.6% | 45.0% | 2.2% | 1.6% | 0.1% |

### Citizen Voting Age Population - 2020 5-Year American Community Survey

| District | White | Hispanic or Latino | Black | Asian | Native American | Pacific Islander |
|---|---|---|---|---|---|---|
| Statewide | 69.0% | 2.1% | 26.6% | 1.1% | 1.2% | 0.0% |
| 1 | 78.6% | 2.8% | 15.8% | 1.2% | 1.5% | 0.0% |
| 2 | 43.3% | 1.2% | 53.3% | 1.1% | 1.1% | 0.0% |
| 3 | 67.3% | 2.0% | 28.9% | 0.8% | 0.8% | 0.1% |
| 4 | 88.3% | 2.6% | 7.2% | 0.4% | 1.3% | 0.0% |
| 5 | 75.0% | 2.6% | 18.5% | 1.6% | 2.1% | 0.1% |
| 6 | 82.1% | 1.9% | 14.1% | 1.2% | 0.7% | 0.0% |
| 7 | 49.7% | 1.5% | 46.9% | 1.1% | 0.7% | 0.0% |