# Exhibit G

| Plan B - Democratic Vote Share in Recent Statewide Elections (Two-Party Only) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Election | Statewide | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2020 President | 37.1% | 24.1% | 58.4% | 36.1% | 18.2% | 36.2% | 26.6% | 60.5% |
| 2020 Senate | 39.8% | 27.7% | 60.4% | 38.5% | 21.5% | 39.5% | 29.2% | 62.4% |
| 2018 Governor | 40.4% | 26.4% | 58.8% | 38.3% | 24.1% | 38.6% | 29.7% | 63.8% |
| 2018 Lt. Governor | 38.7% | 25.1% | 58.8% | 38.0% | 21.4% | 36.8% | 26.3% | 61.3% |
| 2018 Attorney General | 41.2% | 27.7% | 61.2% | 40.0% | 24.7% | 39.2% | 29.1% | 63.0% |
| 2017 Senate Special | 50.8% | 35.4% | 68.0% | 50.3% | 30.8% | 49.7% | 39.8% | 72.6% |
| 2016 President | 35.6% | 21.8% | 58.1% | 35.8% | 17.9% | 32.7% | 22.5% | 58.2% |
| 2016 Senate | 35.9% | 22.6% | 56.6% | 36.3% | 21.5% | 32.8% | 23.0% | 56.7% |