# Exhibit H

## Plan B Compactness Scores

| Indicator | Reock | Polsby-Popper |
|---|---|---|
| Mean | 0.3397 | 0.2397 |
| Minimum | 0.1893 | 0.1448 |
| Maximum | 0.4531 | 0.3708 |

| District | Reock | Polsby-Popper |
|---|---|---|
| 1 | 0.1893 | 0.1448 |
| 2 | 0.4531 | 0.3033 |
| 3 | 0.3104 | 0.1932 |
| 4 | 0.3023 | 0.2039 |
| 5 | 0.3167 | 0.3708 |
| 6 | 0.4480 | 0.1697 |
| 7 | 0.3582 | 0.2923 |