# Exhibit I

| Plan B - District Population Overlaps With Enacted 2023 Plan ||||||||| 
|---|---|---|---|---|---|---|---|---|
| 2023 Plan ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Plan B ▼ | | | | | | | | Total |
| 1 | 66.59% | 33.41% | | | | | | 100.00% |
| 2 | 33.41% | 35.99% | | | | 0.87% | 29.73% | 100.00% |
| 3 | | 24.75% | 74.98% | | | 0.27% | | 100.00% |
| 4 | | | 14.41% | 85.59% | | | | 100.00% |
| 5 | | | | | 100.00% | | | 100.00% |
| 6 | | 5.85% | 10.61% | 2.28% | | 81.25% | 0.02% | 100.00% |
| 7 | | | | 12.13% | | 17.61% | 70.25% | 100.00% |

| 2023 Plan ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|---|
| Plan B ▼ | | | | | | | | Total |
| 1 | 477,953 | 239,801 | | | | | | 717,754 |
| 2 | 239,801 | 258,316 | | | | 6,249 | 213,388 | 717,754 |
| 3 | | 177,644 | 538,181 | | | 1,929 | | 717,754 |
| 4 | | | 103,436 | 614,319 | | | | 717,755 |
| 5 | | | | | 717,754 | | | 717,754 |
| 6 | | 41,994 | 76,137 | 16,363 | | 583,146 | 114 | 717,754 |
| 7 | | | | 87,072 | | 126,430 | 504,252 | 717,754 |