# Exhibit J

**Plan B - Population Statistics for Divided Localities**

| The Black Belt | District | Population | Proportion | Municipality | District | Population | Proportion |
|---|---|---|---|---|---|---|---|
| Core Counties | 2 | 401,860 | 71.5% | Hayden, Blount County | 4 | 59 | 4.4% |
|  | 3 | 160,498 | 28.5% |  | 6 | 1,283 | 95.6% |
|  | Total | 562,358 | 100.0% |  | Total | 1,342 | 100.0% |
|  |  |  |  | Birmingham, Jefferson County | 6 | 7,770 | 3.9% |
| Non-Core Counties | 1 | 36,757 | 34.5% |  | 7 | 191,059 | 96.1% |
|  | 2 | 69,844 | 65.5% |  | Total | 198,829 | 100.0% |
|  | Total | 106,601 | 100.0% |  |  |  |  |
|  |  |  |  | Grayson Valley, Jefferson County | 6 | 1,385 | 23.2% |
|  |  |  |  |  | 7 | 4,597 | 76.8% |
|  |  |  |  |  | Total | 5,982 | 100.0% |
| County | District | Population | Proportion |  |  |  |  |
| Jefferson | 6 | 184,003 | 27.3% | Hoover, Jefferson County | 6 | 1,160 | 1.8% |
|  | 7 | 490,718 | 72.7% |  | 7 | 64,801 | 98.2% |
|  | Total | 674,721 | 100.0% |  | Total | 65,961 | 100.0% |
|  |  |  |  | Mobile, Mobile County | 1 | 20,531 | 11.0% |
|  |  |  |  |  | 2 | 166,510 | 89.0% |
|  |  |  |  |  | Total | 187,041 | 100.0% |