# UNITED STATES DISTRICT COURT
## NOIRTHERN DITRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE REDISTRICTING 2023 | ) | |
| | ) | Misc No.: 2::23-cv- |
| SPECIAL MASTER | ) | 1181-AMM |

## NOTICE OF FILING

*Amicus curiae* Quin Hillyer gives notice if the filing of a Maptitude compliant designation of the districts in his remedial plan. This filing will consist of the following documents:

| | |
|---|---|
| AC5-1 | Maptitude Compliant District Contents Part 1 |
| AC5-2 | Maptitude Compliant District Contents Part 2 |
| AC5-3 | Maptitude Compliant District Contents Part 3 |
| AC5-4 | Maptitude Compliant District Contents Part 4 |
| AC5-5 | Maptitude Compliant District Contents Part 5 |
| AC5-6 | Maptitude Compliant District Contents Part 6 |
| AC5-7 | Maptitude Compliant District Contents Part 7 |
| AC5-8 | Maptitude Compliant District Contents Part 8 |
| AC5-9 | Maptitude Compliant District Contents Part 9 |
| AC5-10 | Maptitude Compliant District Contents Part 10 |
| AS5-11 | Maptitude Compliant District Contents Part 11 |

Respectfully submitted this 13th day of September 2023,

/s/ John J. Park Jr
John J. Park Jr
Pro Hac Vice Pending
P.O. Box 3073
Gainesville, GA 30503
(678) 608-1920
jackparklaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this the 13th day of September 2022, I electronically filed the foregoing Brief of *Amicus Curiae* Quin Hillyer using the U.S. District Court for the Northen District of Alabama, Southern Division's electronic filing system, which will send notice of and an accompanying link to this Brief of *Amicus Curiae* Quin Hillyer to the parties who have previously appeared in this case.

/s/ John J. Park Jr
John J. Park Jr
P. O. Box 3073
Gainesville, GA 30503
(678) 608-1920
jackparklaw@gmail.com