FILED
2023 Sep-13  PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| 10570204003047 | 6 |
| 10570204003048 | 6 |
| 10570204003049 | 6 |
| 10570204003050 | 6 |
| 10570204003051 | 6 |
| 10570204003052 | 6 |
| 10570204003053 | 6 |
| 10570204003054 | 6 |
| 10570204003055 | 6 |
| 10570204003056 | 6 |
| 10570204003057 | 6 |
| 10570204003058 | 6 |
| 10570204003070 | 6 |
| 10570204003071 | 6 |
| 10570204003080 | 6 |
| 10570204003081 | 6 |
| 10570204003082 | 6 |
| 10570204003083 | 6 |
| 10570204003084 | 6 |
| 10570204004008 | 6 |
| 10570200001022 | 6 |
| 10570200001028 | 6 |
| 10570200001030 | 6 |
| 10570200001031 | 6 |
| 10570200001032 | 6 |
| 10570200001033 | 6 |
| 10570200001034 | 6 |
| 10570200001052 | 6 |
| 10570200001053 | 6 |
| 10570200001054 | 6 |
| 10570200001055 | 6 |
| 10570200001056 | 6 |
| 10570200001057 | 6 |
| 10570200001058 | 6 |
| 10570200001059 | 6 |
| 10570200001060 | 6 |
| 10570200001063 | 6 |
| 10570200001064 | 6 |
| 10570200001065 | 6 |
| 10570200001066 | 6 |
| 10570200001067 | 6 |
| 10570200001068 | 6 |
| 10570200001069 | 6 |
| 10570204001006 | 6 |
| 10570204001007 | 6 |
| 10570204001008 | 6 |

| | |
|---|---|
| 10570204001009 | 6 |
| 10570204001010 | 6 |
| 10570204001011 | 6 |
| 10570204001012 | 6 |
| 10570204001016 | 6 |
| 10570204001017 | 6 |
| 10570204001018 | 6 |
| 10570201003000 | 6 |
| 10570201003001 | 6 |
| 10570201003002 | 6 |
| 10570201003003 | 6 |
| 10570201003004 | 6 |
| 10570201003005 | 6 |
| 10570201003006 | 6 |
| 10570201003007 | 6 |
| 10570201003008 | 6 |
| 10570201003009 | 6 |
| 10570201003010 | 6 |
| 10570201003016 | 6 |
| 10570201003017 | 6 |
| 10570201003019 | 6 |
| 10570201003020 | 6 |
| 10570201003021 | 6 |
| 10570201003022 | 6 |
| 10570201003023 | 6 |
| 10570201003024 | 6 |
| 10570201003025 | 6 |
| 10570201003026 | 6 |
| 10570201003027 | 6 |
| 10570201003028 | 6 |
| 10570201003029 | 6 |
| 10570201003030 | 6 |
| 10570201003031 | 6 |
| 10570201003032 | 6 |
| 10570201003033 | 6 |
| 10570201003065 | 6 |
| 10570201003066 | 6 |
| 10570201003124 | 6 |
| 10570201003125 | 6 |
| 10570201003126 | 6 |
| 10570201003127 | 6 |
| 10570200001061 | 6 |
| 10570200001062 | 6 |
| 10570200002057 | 6 |
| 10570200002058 | 6 |
| 10570200002059 | 6 |

| | |
|---|---|
| 10570200002060 | 6 |
| 10570200002061 | 6 |
| 10570200002062 | 6 |
| 10570200002063 | 6 |
| 10570203002000 | 6 |
| 10570203002001 | 6 |
| 10570203002002 | 6 |
| 10570203002003 | 6 |
| 10570203002004 | 6 |
| 10570203002005 | 6 |
| 10570203002017 | 6 |
| 10570204001013 | 6 |
| 10570204001014 | 6 |
| 10570204001015 | 6 |
| 10570204001038 | 6 |
| 10570204001051 | 6 |
| 10570204001052 | 6 |
| 10570203002006 | 6 |
| 10570203002007 | 6 |
| 10570203002008 | 6 |
| 10570203002009 | 6 |
| 10570203002010 | 6 |
| 10570203002011 | 6 |
| 10570203002012 | 6 |
| 10570203002013 | 6 |
| 10570203002014 | 6 |
| 10570203002015 | 6 |
| 10570203002016 | 6 |
| 10570203002018 | 6 |
| 10570203002019 | 6 |
| 10570203002020 | 6 |
| 10570203002021 | 6 |
| 10570203002023 | 6 |
| 10570203002024 | 6 |
| 10570203002025 | 6 |
| 10570203002026 | 6 |
| 10570203002027 | 6 |
| 10570203002028 | 6 |
| 10570203002029 | 6 |
| 10570203002030 | 6 |
| 10570203002031 | 6 |
| 10570203002035 | 6 |
| 10570203002036 | 6 |
| 10570203002037 | 6 |
| 10570203002038 | 6 |
| 10570203002039 | 6 |

| | |
|---|---|
| 10570203002043 | 6 |
| 10570203002044 | 6 |
| 10570204001050 | 6 |
| 10570204001057 | 6 |
| 10570200002009 | 6 |
| 10570200002011 | 6 |
| 10570200002012 | 6 |
| 10570200002013 | 6 |
| 10570200002014 | 6 |
| 10570200002019 | 6 |
| 10570200002020 | 6 |
| 10570200002021 | 6 |
| 10570200002022 | 6 |
| 10570200002023 | 6 |
| 10570200002024 | 6 |
| 10570200002025 | 6 |
| 10570200002026 | 6 |
| 10570200002027 | 6 |
| 10570200002028 | 6 |
| 10570200002029 | 6 |
| 10570200002030 | 6 |
| 10570200002031 | 6 |
| 10570200002032 | 6 |
| 10570200002033 | 6 |
| 10570200002034 | 6 |
| 10570200002035 | 6 |
| 10570200002036 | 6 |
| 10570200002037 | 6 |
| 10570200002038 | 6 |
| 10570200002039 | 6 |
| 10570200002040 | 6 |
| 10570200002041 | 6 |
| 10570200002042 | 6 |
| 10570200002043 | 6 |
| 10570200002044 | 6 |
| 10570200002045 | 6 |
| 10570200002046 | 6 |
| 10570200002047 | 6 |
| 10570200002048 | 6 |
| 10570200002049 | 6 |
| 10570200002050 | 6 |
| 10570200002051 | 6 |
| 10570200002052 | 6 |
| 10570200002053 | 6 |
| 10570200002054 | 6 |
| 10570200002055 | 6 |

| | |
|---|---|
| 10570200002056 | 6 |
| 10570200002064 | 6 |
| 10570200002065 | 6 |
| 10570201001138 | 6 |
| 10570201001140 | 6 |
| 10570201001141 | 6 |
| 10570201001142 | 6 |
| 10570201001143 | 6 |
| 10570201001144 | 6 |
| 10570200001000 | 6 |
| 10570200001001 | 6 |
| 10570200001002 | 6 |
| 10570200001003 | 6 |
| 10570200001004 | 6 |
| 10570200001005 | 6 |
| 10570200001006 | 6 |
| 10570200001007 | 6 |
| 10570200001008 | 6 |
| 10570200001009 | 6 |
| 10570200001010 | 6 |
| 10570200001011 | 6 |
| 10570200001012 | 6 |
| 10570200001013 | 6 |
| 10570200001014 | 6 |
| 10570200001015 | 6 |
| 10570200001016 | 6 |
| 10570200001017 | 6 |
| 10570200001018 | 6 |
| 10570200001019 | 6 |
| 10570200001020 | 6 |
| 10570200001021 | 6 |
| 10570200001023 | 6 |
| 10570200001024 | 6 |
| 10570200001025 | 6 |
| 10570200001026 | 6 |
| 10570200001027 | 6 |
| 10570200001029 | 6 |
| 10570200001035 | 6 |
| 10570200001036 | 6 |
| 10570200001037 | 6 |
| 10570200001038 | 6 |
| 10570200001039 | 6 |
| 10570200001040 | 6 |
| 10570200001041 | 6 |
| 10570200001044 | 6 |
| 10570200001046 | 6 |

| | |
|---|---|
| 10570200001047 | 6 |
| 10570200001048 | 6 |
| 10570200001050 | 6 |
| 10570201003075 | 6 |
| 10570201003076 | 6 |
| 10570201003077 | 6 |
| 10570201003078 | 6 |
| 10570201003086 | 6 |
| 10570201003087 | 6 |
| 10570201003088 | 6 |
| 10570201003089 | 6 |
| 10570201003090 | 6 |
| 10570201003091 | 6 |
| 10570201003092 | 6 |
| 10570201003093 | 6 |
| 10570201003094 | 6 |
| 10570201003095 | 6 |
| 10570201003096 | 6 |
| 10570201003097 | 6 |
| 10570201003098 | 6 |
| 10570201003099 | 6 |
| 10570201003100 | 6 |
| 10570201003101 | 6 |
| 10570201003102 | 6 |
| 10570201003103 | 6 |
| 10570201003104 | 6 |
| 10570201003107 | 6 |
| 10570201003108 | 6 |
| 10570201003109 | 6 |
| 10570201003110 | 6 |
| 10570201003111 | 6 |
| 10570201003112 | 6 |
| 10570201003113 | 6 |
| 10570201003114 | 6 |
| 10570201003115 | 6 |
| 10570201003116 | 6 |
| 10570201003117 | 6 |
| 10570201003118 | 6 |
| 10570201003119 | 6 |
| 10570201003120 | 6 |
| 10570201003129 | 6 |
| 10570204001031 | 6 |
| 10570204001032 | 6 |
| 10570204001033 | 6 |
| 10570204001034 | 6 |
| 10570204001035 | 6 |

| | |
|---|---|
| 10570204001036 | 6 |
| 10570204001037 | 6 |
| 10570204001039 | 6 |
| 10570204001040 | 6 |
| 10570204001041 | 6 |
| 10570204001042 | 6 |
| 10570204001043 | 6 |
| 10570204001044 | 6 |
| 10570204001053 | 6 |
| 10570204001058 | 6 |
| 10570204001059 | 6 |
| 10570204001060 | 6 |
| 10570204001061 | 6 |
| 10570204001062 | 6 |
| 10570204001063 | 6 |
| 10570204004000 | 6 |
| 10570204004001 | 6 |
| 10570204004002 | 6 |
| 10570204004003 | 6 |
| 10570204004004 | 6 |
| 10570204004005 | 6 |
| 10570204004006 | 6 |
| 10570204004007 | 6 |
| 10570204004009 | 6 |
| 10570204004010 | 6 |
| 10570204004011 | 6 |
| 10570204004019 | 6 |
| 10570204004020 | 6 |
| 10570204004022 | 6 |
| 10570204004023 | 6 |
| 10570204004024 | 6 |
| 10570204004025 | 6 |
| 10570204004026 | 6 |
| 10570204004027 | 6 |
| 10570204004028 | 6 |
| 10570204004029 | 6 |
| 10570204004030 | 6 |
| 10570204004031 | 6 |
| 10570204004032 | 6 |
| 10570204004033 | 6 |
| 10570204004035 | 6 |
| 10570204004036 | 6 |
| 10570204004037 | 6 |
| 10570204004038 | 6 |
| 10570204004040 | 6 |
| 10570204004041 | 6 |

| | |
|---|---|
| 10570204004043 | 6 |
| 10570204004047 | 6 |
| 10570204004048 | 6 |
| 10570204004049 | 6 |
| 10570200001042 | 6 |
| 10570200001043 | 6 |
| 10570200001045 | 6 |
| 10570200001049 | 6 |
| 10570200001051 | 6 |
| 10570204001000 | 6 |
| 10570204001001 | 6 |
| 10570204001002 | 6 |
| 10570204001003 | 6 |
| 10570204001004 | 6 |
| 10570204001005 | 6 |
| 10570204001026 | 6 |
| 10570204001027 | 6 |
| 10570204001028 | 6 |
| 10570204003008 | 6 |
| 10570204003009 | 6 |
| 10570204003010 | 6 |
| 10570204003018 | 6 |
| 10570204003019 | 6 |
| 10570204003000 | 6 |
| 10570204003001 | 6 |
| 10570204003002 | 6 |
| 10570204003003 | 6 |
| 10570204003004 | 6 |
| 10570204003005 | 6 |
| 10570204003006 | 6 |
| 10570204003007 | 6 |
| 10570204003011 | 6 |
| 10570204003012 | 6 |
| 10570204003013 | 6 |
| 10570204003014 | 6 |
| 10570204003015 | 6 |
| 10570204003016 | 6 |
| 10570204003020 | 6 |
| 10570204003021 | 6 |
| 10570204003022 | 6 |
| 10570204003023 | 6 |
| 10570204003024 | 6 |
| 10570204003025 | 6 |
| 10570204003039 | 6 |
| 10570204003040 | 6 |
| 10570204003041 | 6 |

| | |
|---|---|
| 10570204003042 | 6 |
| 10570204003059 | 6 |
| 10570204003060 | 6 |
| 10570204003061 | 6 |
| 10570204003062 | 6 |
| 10570204003063 | 6 |
| 10570204003064 | 6 |
| 10570204003065 | 6 |
| 10570204003066 | 6 |
| 10570204003067 | 6 |
| 10570204003068 | 6 |
| 10570204003069 | 6 |
| 10570204003072 | 6 |
| 10570204003073 | 6 |
| 10570204003074 | 6 |
| 10570204003075 | 6 |
| 10570204003076 | 6 |
| 10570204003077 | 6 |
| 10570204003078 | 6 |
| 10570204003079 | 6 |
| 10570204003085 | 6 |
| 10570201001145 | 6 |
| 10570201002050 | 6 |
| 10570201002051 | 6 |
| 10570201002052 | 6 |
| 10570201002053 | 6 |
| 10570201002054 | 6 |
| 10570201002055 | 6 |
| 10570201002056 | 6 |
| 10570201002057 | 6 |
| 10570201002058 | 6 |
| 10570201002059 | 6 |
| 10570201002060 | 6 |
| 10570201002061 | 6 |
| 10570201002062 | 6 |
| 10570201002063 | 6 |
| 10570201002064 | 6 |
| 10570201002065 | 6 |
| 10570201002066 | 6 |
| 10570201002067 | 6 |
| 10570201002068 | 6 |
| 10570201002069 | 6 |
| 10570201002070 | 6 |
| 10570201002071 | 6 |
| 10570201002072 | 6 |
| 10570201002073 | 6 |

| | |
|---|---|
| 10570201002079 | 6 |
| 10570201002080 | 6 |
| 10570201002081 | 6 |
| 10570201002082 | 6 |
| 10570201002083 | 6 |
| 10570201002084 | 6 |
| 10570201002085 | 6 |
| 10570201002086 | 6 |
| 10570201002087 | 6 |
| 10570201002088 | 6 |
| 10570201002089 | 6 |
| 10570201002090 | 6 |
| 10570201002091 | 6 |
| 10570201002092 | 6 |
| 10570201002093 | 6 |
| 10570201002094 | 6 |
| 10570201002095 | 6 |
| 10570201002096 | 6 |
| 10570201002097 | 6 |
| 10570201002098 | 6 |
| 10570201002099 | 6 |
| 10570201002102 | 6 |
| 10570201002103 | 6 |
| 10570201002104 | 6 |
| 10570201002105 | 6 |
| 10570201002106 | 6 |
| 10570201002107 | 6 |
| 10570201003105 | 6 |
| 10570201003106 | 6 |
| 10570202002017 | 6 |
| 10570202002018 | 6 |
| 10570202002019 | 6 |
| 10570202002020 | 6 |
| 10570202002021 | 6 |
| 10570202002022 | 6 |
| 10570202002023 | 6 |
| 10570202002024 | 6 |
| 10570202002025 | 6 |
| 10570202002026 | 6 |
| 10570202002027 | 6 |
| 10570202002028 | 6 |
| 10570202005000 | 6 |
| 10570202005001 | 6 |
| 10570202005002 | 6 |
| 10570202005003 | 6 |
| 10570202005004 | 6 |

| | |
|---|---|
| 10570202005005 | 6 |
| 10570202005006 | 6 |
| 10570202005007 | 6 |
| 10570202005008 | 6 |
| 10570202005009 | 6 |
| 10570202005010 | 6 |
| 10570202005016 | 6 |
| 10570202005018 | 6 |
| 10570202005019 | 6 |
| 10570202005020 | 6 |
| 10570202005021 | 6 |
| 10570202005022 | 6 |
| 10570202005023 | 6 |
| 10570202005024 | 6 |
| 10570203003045 | 6 |
| 10570203003050 | 6 |
| 10570203003051 | 6 |
| 10570203003057 | 6 |
| 10570203003058 | 6 |
| 10570203003059 | 6 |
| 10570204004039 | 6 |
| 10570204004042 | 6 |
| 10570204004044 | 6 |
| 10570204004045 | 6 |
| 10570204004046 | 6 |
| 10570204004050 | 6 |
| 10570204004051 | 6 |
| 10570204004052 | 6 |
| 10570204004053 | 6 |
| 10570204004054 | 6 |
| 10570204004055 | 6 |
| 10570204004056 | 6 |
| 10570204004057 | 6 |
| 10570204004058 | 6 |
| 10570204004059 | 6 |
| 10570204004060 | 6 |
| 10570204004061 | 6 |
| 10570204004062 | 6 |
| 10570204004063 | 6 |
| 10570204004064 | 6 |
| 10570201003011 | 6 |
| 10570201003012 | 6 |
| 10570201003013 | 6 |
| 10570201003014 | 6 |
| 10570201003015 | 6 |
| 10570201003018 | 6 |

| | |
|---|---|
| 10570201003034 | 6 |
| 10570201003035 | 6 |
| 10570201003036 | 6 |
| 10570201003037 | 6 |
| 10570201003038 | 6 |
| 10570201003039 | 6 |
| 10570201003040 | 6 |
| 10570201003041 | 6 |
| 10570201003042 | 6 |
| 10570201003043 | 6 |
| 10570201003044 | 6 |
| 10570201003045 | 6 |
| 10570201003046 | 6 |
| 10570201003047 | 6 |
| 10570201003048 | 6 |
| 10570201003049 | 6 |
| 10570201003050 | 6 |
| 10570201003051 | 6 |
| 10570201003052 | 6 |
| 10570201003053 | 6 |
| 10570201003054 | 6 |
| 10570201003055 | 6 |
| 10570201003056 | 6 |
| 10570201003057 | 6 |
| 10570201003058 | 6 |
| 10570201003059 | 6 |
| 10570201003060 | 6 |
| 10570201003061 | 6 |
| 10570201003062 | 6 |
| 10570201003063 | 6 |
| 10570201003064 | 6 |
| 10570201003067 | 6 |
| 10570201003068 | 6 |
| 10570201003069 | 6 |
| 10570201003070 | 6 |
| 10570201003071 | 6 |
| 10570201003072 | 6 |
| 10570201003073 | 6 |
| 10570201003074 | 6 |
| 10570201003079 | 6 |
| 10570201003080 | 6 |
| 10570201003081 | 6 |
| 10570201003082 | 6 |
| 10570201003083 | 6 |
| 10570201003084 | 6 |
| 10570201003085 | 6 |

| | |
|---|---|
| 10570201003121 | 6 |
| 10570201003122 | 6 |
| 10570201003123 | 6 |
| 10570201003128 | 6 |
| 10570202004019 | 6 |
| 10570202004020 | 6 |
| 10570202004021 | 6 |
| 10570202004022 | 6 |
| 10570202004023 | 6 |
| 10570202004024 | 6 |
| 10570202004025 | 6 |
| 10570202004026 | 6 |
| 10570202004027 | 6 |
| 10570202004028 | 6 |
| 10570202004029 | 6 |
| 10570202004030 | 6 |
| 10570202004031 | 6 |
| 10570202004032 | 6 |
| 10570202004033 | 6 |
| 10570202004034 | 6 |
| 10570202004035 | 6 |
| 10570202004036 | 6 |
| 10570202004037 | 6 |
| 10570202004038 | 6 |
| 10570202004039 | 6 |
| 10570202004040 | 6 |
| 10570202004041 | 6 |
| 10570202004042 | 6 |
| 10570202004043 | 6 |
| 10570202004044 | 6 |
| 10570202004045 | 6 |
| 10570202004046 | 6 |
| 10570202004047 | 6 |
| 10570202004048 | 6 |
| 10570202004049 | 6 |
| 10570202004050 | 6 |
| 10570202004051 | 6 |
| 10570202004052 | 6 |
| 10570202004053 | 6 |
| 10570202004054 | 6 |
| 10570202004055 | 6 |
| 10570202004056 | 6 |
| 10570202004057 | 6 |
| 10570202004059 | 6 |
| 10570202004060 | 6 |
| 10570202004061 | 6 |

| | |
|---|---|
| 10570202005017 | 6 |
| 10570202005030 | 6 |
| 10570202005031 | 6 |
| 10570202005032 | 6 |
| 10570203004008 | 6 |
| 10570203004009 | 6 |
| 10570203004010 | 6 |
| 10570203004011 | 6 |
| 10570203004012 | 6 |
| 10570203004013 | 6 |
| 10570203004014 | 6 |
| 10570203004015 | 6 |
| 10570203004016 | 6 |
| 10570203004017 | 6 |
| 10570203004018 | 6 |
| 10570203004019 | 6 |
| 10570203004020 | 6 |
| 10570203004023 | 6 |
| 10570203004032 | 6 |
| 10570203004033 | 6 |
| 10570203004034 | 6 |
| 10570203004035 | 6 |
| 10570203004036 | 6 |
| 10570203004039 | 6 |
| 10570203004041 | 6 |
| 10570203004042 | 6 |
| 10570203004043 | 6 |
| 10570203004044 | 6 |
| 10570203004045 | 6 |
| 11339655011000 | 6 |
| 11339655011001 | 6 |
| 11339655011028 | 6 |
| 11339655011029 | 6 |
| 11339655011030 | 6 |
| 11339655011031 | 6 |
| 11339655011055 | 6 |
| 11339655011056 | 6 |
| 11339655011057 | 6 |
| 11339655011058 | 6 |
| 11339655011059 | 6 |
| 11339655011060 | 6 |
| 11339655011061 | 6 |
| 11339655011062 | 6 |
| 11339655011063 | 6 |
| 11339655011064 | 6 |
| 11339655011065 | 6 |

| | |
|---|---|
| 11339655011066 | 6 |
| 11339655011067 | 6 |
| 11339655011068 | 6 |
| 11339655011069 | 6 |
| 11339655011070 | 6 |
| 11339655011071 | 6 |
| 11339655011072 | 6 |
| 11339655011073 | 6 |
| 11339655011074 | 6 |
| 11339655011075 | 6 |
| 11339655011076 | 6 |
| 11339655011077 | 6 |
| 11339655012000 | 6 |
| 11339655012001 | 6 |
| 11339655012002 | 6 |
| 11339655012003 | 6 |
| 11339655012004 | 6 |
| 11339655012005 | 6 |
| 11339655012006 | 6 |
| 11339655012007 | 6 |
| 11339655012008 | 6 |
| 11339655012009 | 6 |
| 11339655012010 | 6 |
| 11339655012011 | 6 |
| 11339655012012 | 6 |
| 11339655012013 | 6 |
| 11339655012014 | 6 |
| 11339655012015 | 6 |
| 11339655012016 | 6 |
| 11339655012017 | 6 |
| 11339655012018 | 6 |
| 11339655012019 | 6 |
| 11339655012020 | 6 |
| 11339655012021 | 6 |
| 11339655012022 | 6 |
| 11339655012023 | 6 |
| 11339655012024 | 6 |
| 11339655012025 | 6 |
| 11339655012026 | 6 |
| 11339655012027 | 6 |
| 11339655012028 | 6 |
| 11339655012029 | 6 |
| 11339655012030 | 6 |
| 11339655012031 | 6 |
| 11339655012032 | 6 |
| 11339655012033 | 6 |

| | |
|---|---|
| 11339655012034 | 6 |
| 11339655012035 | 6 |
| 11339655012036 | 6 |
| 11339655012037 | 6 |
| 11339655012038 | 6 |
| 11339655012039 | 6 |
| 11339655012040 | 6 |
| 11339655012041 | 6 |
| 11339655012042 | 6 |
| 11339655012043 | 6 |
| 11339655012044 | 6 |
| 11339655012045 | 6 |
| 11339655012046 | 6 |
| 11339655012047 | 6 |
| 11339655012048 | 6 |
| 11339655012049 | 6 |
| 11339655012050 | 6 |
| 11339655012051 | 6 |
| 11339655012052 | 6 |
| 11339655012053 | 6 |
| 11339655021000 | 6 |
| 11339655021001 | 6 |
| 11339655021002 | 6 |
| 11339655021003 | 6 |
| 11339655021004 | 6 |
| 11339655021005 | 6 |
| 11339655021006 | 6 |
| 11339655021007 | 6 |
| 11339655021008 | 6 |
| 11339655021009 | 6 |
| 11339655021043 | 6 |
| 11339655021044 | 6 |
| 11339655021045 | 6 |
| 11339655031000 | 6 |
| 11339655031001 | 6 |
| 11339655031002 | 6 |
| 11339655031003 | 6 |
| 11339655031005 | 6 |
| 11339655033000 | 6 |
| 11339655033001 | 6 |
| 11339655033002 | 6 |
| 11339655033003 | 6 |
| 11339655033004 | 6 |
| 11339655033005 | 6 |
| 11339655033006 | 6 |
| 11339655033007 | 6 |

| | |
|---|---|
| 11339655033008 | 6 |
| 11339655033009 | 6 |
| 11339655033010 | 6 |
| 11339655033011 | 6 |
| 11339655033012 | 6 |
| 11339655033015 | 6 |
| 11339655033025 | 6 |
| 11339655033026 | 6 |
| 11339655033027 | 6 |
| 11339655033028 | 6 |
| 11339655033030 | 6 |
| 11339655033031 | 6 |
| 11339655033032 | 6 |
| 11339655033033 | 6 |
| 11339655033035 | 6 |
| 11339657001000 | 6 |
| 11339657001001 | 6 |
| 11339657001002 | 6 |
| 11339657001003 | 6 |
| 11339657001004 | 6 |
| 11339657001005 | 6 |
| 11339657001006 | 6 |
| 11339657001007 | 6 |
| 11339657001008 | 6 |
| 11339657001009 | 6 |
| 11339657001010 | 6 |
| 11339657001011 | 6 |
| 11339657001012 | 6 |
| 11339657001013 | 6 |
| 11339657001014 | 6 |
| 11339657001015 | 6 |
| 11339657001016 | 6 |
| 11339657001017 | 6 |
| 11339657001018 | 6 |
| 11339657001019 | 6 |
| 11339657001020 | 6 |
| 11339657001021 | 6 |
| 11339657001022 | 6 |
| 11339657001023 | 6 |
| 11339657001024 | 6 |
| 11339657001025 | 6 |
| 11339657001026 | 6 |
| 11339657001027 | 6 |
| 11339657001028 | 6 |
| 11339657001029 | 6 |
| 11339657001030 | 6 |

| | |
|---|---|
| 11339657001031 | 6 |
| 11339657001032 | 6 |
| 11339657001033 | 6 |
| 11339657002000 | 6 |
| 11339657002001 | 6 |
| 11339657002002 | 6 |
| 11339657002003 | 6 |
| 11339657002004 | 6 |
| 11339657002005 | 6 |
| 11339657002006 | 6 |
| 11339657002007 | 6 |
| 11339657002008 | 6 |
| 11339657002009 | 6 |
| 11339657002010 | 6 |
| 11339657002011 | 6 |
| 11339657002012 | 6 |
| 11339657002013 | 6 |
| 11339657002014 | 6 |
| 11339657002015 | 6 |
| 11339657002016 | 6 |
| 11339657002017 | 6 |
| 11339657002018 | 6 |
| 11339657002019 | 6 |
| 11339657002020 | 6 |
| 11339657002021 | 6 |
| 11339657002022 | 6 |
| 11339657002023 | 6 |
| 11339657002024 | 6 |
| 11339657002025 | 6 |
| 11339657002026 | 6 |
| 11339657002027 | 6 |
| 11339657002028 | 6 |
| 11339657002029 | 6 |
| 11339657002030 | 6 |
| 11339657002031 | 6 |
| 11339657002032 | 6 |
| 11339657002033 | 6 |
| 11339657002034 | 6 |
| 11339657002035 | 6 |
| 11339657002036 | 6 |
| 11339657002037 | 6 |
| 11339657002038 | 6 |
| 11339657002039 | 6 |
| 11339657002040 | 6 |
| 11339657002041 | 6 |
| 11339657002042 | 6 |

| | |
|---|---|
| 11339657002043 | 6 |
| 11339657002044 | 6 |
| 11339657002045 | 6 |
| 11339657002046 | 6 |
| 11339657002047 | 6 |
| 11339657002048 | 6 |
| 11339657002049 | 6 |
| 11339657002050 | 6 |
| 11339657002051 | 6 |
| 11339657002052 | 6 |
| 11339657002053 | 6 |
| 11339657002054 | 6 |
| 11339657002055 | 6 |
| 11339657002056 | 6 |
| 11339657002057 | 6 |
| 11339657002058 | 6 |
| 11339657002059 | 6 |
| 11339657002060 | 6 |
| 11339657002061 | 6 |
| 11339657002062 | 6 |
| 11339657002063 | 6 |
| 11339657002064 | 6 |
| 11339657002065 | 6 |
| 11339657002066 | 6 |
| 11339657002067 | 6 |
| 11339657002068 | 6 |
| 11339657002069 | 6 |
| 11339657002070 | 6 |
| 11339657002071 | 6 |
| 11339657002072 | 6 |
| 11339657002073 | 6 |
| 11339657002074 | 6 |
| 11339657002075 | 6 |
| 11339657003000 | 6 |
| 11339657003001 | 6 |
| 11339657003002 | 6 |
| 11339657003003 | 6 |
| 11339657003004 | 6 |
| 11339657003005 | 6 |
| 11339657003006 | 6 |
| 11339657003007 | 6 |
| 11339657003008 | 6 |
| 11339657003009 | 6 |
| 11339657003010 | 6 |
| 11339657003011 | 6 |
| 11339657003012 | 6 |

| | |
|---|---|
| 11339657003013 | 6 |
| 11339657003014 | 6 |
| 11339657003015 | 6 |
| 11339657003016 | 6 |
| 11339657003017 | 6 |
| 11339657003018 | 6 |
| 11339657003019 | 6 |
| 11339657003020 | 6 |
| 11339657003021 | 6 |
| 11339657003022 | 6 |
| 11339657003023 | 6 |
| 11339657003024 | 6 |
| 11339657003025 | 6 |
| 11339657003026 | 6 |
| 11339657003027 | 6 |
| 11339657003028 | 6 |
| 11339657003029 | 6 |
| 11339657003030 | 6 |
| 11339657003031 | 6 |
| 11339657003032 | 6 |
| 11339657003033 | 6 |
| 11339657003034 | 6 |
| 11339657003035 | 6 |
| 11339657003036 | 6 |
| 11339657003037 | 6 |
| 11339657003038 | 6 |
| 11339657003039 | 6 |
| 11339657003040 | 6 |
| 11339657003041 | 6 |
| 11339657003042 | 6 |
| 11339657003043 | 6 |
| 11339657003044 | 6 |
| 11339657003045 | 6 |
| 11339657003046 | 6 |
| 11339657003047 | 6 |
| 11339657003048 | 6 |
| 11339657003049 | 6 |
| 11339657003050 | 6 |
| 11339657004000 | 6 |
| 11339657004001 | 6 |
| 11339657004002 | 6 |
| 11339657004003 | 6 |
| 11339657004004 | 6 |
| 11339657004005 | 6 |
| 11339657004006 | 6 |
| 11339657004007 | 6 |

| | |
|---|---|
| 11339657004008 | 6 |
| 11339657004009 | 6 |
| 11339657004010 | 6 |
| 11339657004011 | 6 |
| 11339657004012 | 6 |
| 11339657004013 | 6 |
| 11339657004014 | 6 |
| 11339657004015 | 6 |
| 11339657004016 | 6 |
| 11339657004017 | 6 |
| 11339657004018 | 6 |
| 11339657004019 | 6 |
| 11339657004020 | 6 |
| 11339657004021 | 6 |
| 11339657004022 | 6 |
| 11339657004023 | 6 |
| 11339657004024 | 6 |
| 11339657004025 | 6 |
| 11339657004026 | 6 |
| 11339657004027 | 6 |
| 11339657004028 | 6 |
| 11339657004029 | 6 |
| 11339657004030 | 6 |
| 11339657004031 | 6 |
| 11339657004032 | 6 |
| 11339657004033 | 6 |
| 11339657004034 | 6 |
| 11339657004035 | 6 |
| 11339657004036 | 6 |
| 11339657004037 | 6 |
| 11339657004038 | 6 |
| 11339657004039 | 6 |
| 11339657004040 | 6 |
| 11339657004041 | 6 |
| 11339657004042 | 6 |
| 11339657004043 | 6 |
| 11339657004044 | 6 |
| 11339657004045 | 6 |
| 11339657004046 | 6 |
| 11339657004047 | 6 |
| 11339657004048 | 6 |
| 11339657004049 | 6 |
| 11339657004050 | 6 |
| 11339657004051 | 6 |
| 11339657004052 | 6 |
| 11339657004053 | 6 |

| | |
|---|---|
| 11339657004054 | 6 |
| 11339657004055 | 6 |
| 11339657004056 | 6 |
| 11339657004057 | 6 |
| 11339657004058 | 6 |
| 11339657004059 | 6 |
| 11339657004060 | 6 |
| 11339657004061 | 6 |
| 11339657004062 | 6 |
| 11339657004063 | 6 |
| 11339657004064 | 6 |
| 11339657004065 | 6 |
| 11339657004066 | 6 |
| 11339657004067 | 6 |
| 11339657004068 | 6 |
| 11339657004069 | 6 |
| 11339657004070 | 6 |
| 11339657004071 | 6 |
| 11339658001004 | 6 |
| 11339658001005 | 6 |
| 11339658001006 | 6 |
| 11339658001007 | 6 |
| 11339658001008 | 6 |
| 11339658001009 | 6 |
| 11339658001010 | 6 |
| 11339658001011 | 6 |
| 11339658001012 | 6 |
| 11339658001013 | 6 |
| 11339658001014 | 6 |
| 11339658001015 | 6 |
| 11339658001016 | 6 |
| 11339658001017 | 6 |
| 11339658001018 | 6 |
| 11339658001033 | 6 |
| 11339658001034 | 6 |
| 11339658001035 | 6 |
| 11339658001036 | 6 |
| 11339658001037 | 6 |
| 11339658001038 | 6 |
| 11339658001039 | 6 |
| 11339658001040 | 6 |
| 11339658001041 | 6 |
| 11339658001042 | 6 |
| 11339658001043 | 6 |
| 11339658001046 | 6 |
| 11339658001048 | 6 |

| | |
|---|---|
| 11339658001049 | 6 |
| 11339658002005 | 6 |
| 11339658002006 | 6 |
| 11339658002007 | 6 |
| 11339658002020 | 6 |
| 11339658002021 | 6 |
| 11339658002022 | 6 |
| 11339658002023 | 6 |
| 11339658002024 | 6 |
| 11339658002025 | 6 |
| 11339658002026 | 6 |
| 11339658002046 | 6 |
| 11339658003000 | 6 |
| 11339658003001 | 6 |
| 11339658003002 | 6 |
| 11339658003003 | 6 |
| 11339658003004 | 6 |
| 11339658003005 | 6 |
| 11339658003006 | 6 |
| 11339658003007 | 6 |
| 11339658003008 | 6 |
| 11339658003009 | 6 |
| 11339658003010 | 6 |
| 11339658003011 | 6 |
| 11339658003012 | 6 |
| 11339658003013 | 6 |
| 11339658003014 | 6 |
| 11339658003015 | 6 |
| 11339658003016 | 6 |
| 11339658003017 | 6 |
| 11339658003018 | 6 |
| 11339658003019 | 6 |
| 11339658003020 | 6 |
| 11339658003021 | 6 |
| 11339658003022 | 6 |
| 11339658003023 | 6 |
| 11339658003024 | 6 |
| 11339658003025 | 6 |
| 11339658003026 | 6 |
| 11339658003027 | 6 |
| 11339658003028 | 6 |
| 11339658003029 | 6 |
| 11339658003030 | 6 |
| 11339658003036 | 6 |
| 11339658003037 | 6 |
| 11339658003038 | 6 |

| | |
|---|---|
| 11339658003039 | 6 |
| 11339658004000 | 6 |
| 11339658004001 | 6 |
| 11339658004002 | 6 |
| 11339658004003 | 6 |
| 11339658004004 | 6 |
| 11339658004005 | 6 |
| 11339658004006 | 6 |
| 11339658004007 | 6 |
| 11339658004008 | 6 |
| 11339658004009 | 6 |
| 11339658004010 | 6 |
| 11339658004011 | 6 |
| 11339658004012 | 6 |
| 11339658004013 | 6 |
| 11339658004014 | 6 |
| 11339658004015 | 6 |
| 11339658004016 | 6 |
| 11339658004017 | 6 |
| 11339658004018 | 6 |
| 11339658004019 | 6 |
| 11339658004020 | 6 |
| 11339658004021 | 6 |
| 11339658004022 | 6 |
| 11339658004023 | 6 |
| 11339658004024 | 6 |
| 11339658004025 | 6 |
| 11339658004026 | 6 |
| 11339658004027 | 6 |
| 11339658004028 | 6 |
| 11339658004029 | 6 |
| 11339658004030 | 6 |
| 11339658004031 | 6 |
| 11339658004032 | 6 |
| 11339658004033 | 6 |
| 11339658004034 | 6 |
| 11339658004035 | 6 |
| 11339658004036 | 6 |
| 11339658004037 | 6 |
| 11339658004038 | 6 |
| 11339658004039 | 6 |
| 11339658004040 | 6 |
| 11339658004041 | 6 |
| 11339658004042 | 6 |
| 11339658004043 | 6 |
| 11339658004044 | 6 |

| | |
|---|---|
| 11339658004045 | 6 |
| 11339658004046 | 6 |
| 11339658004047 | 6 |
| 11339658005000 | 6 |
| 11339658005001 | 6 |
| 11339658005002 | 6 |
| 11339658005003 | 6 |
| 11339658005004 | 6 |
| 11339658005005 | 6 |
| 11339658005006 | 6 |
| 11339658005007 | 6 |
| 11339658005008 | 6 |
| 11339658005009 | 6 |
| 11339658005010 | 6 |
| 11339658005011 | 6 |
| 11339658005012 | 6 |
| 11339658005013 | 6 |
| 11339658005014 | 6 |
| 11339658005015 | 6 |
| 11339658005016 | 6 |
| 11339658005017 | 6 |
| 11339658005018 | 6 |
| 11339658005019 | 6 |
| 11339658005020 | 6 |
| 11339658005021 | 6 |
| 11339658005022 | 6 |
| 11339658005023 | 6 |
| 11339658005024 | 6 |
| 11339658005025 | 6 |
| 11339658005026 | 6 |
| 11339658005027 | 6 |
| 11339658005028 | 6 |
| 11339658005029 | 6 |
| 11339658005030 | 6 |
| 11339658005031 | 6 |
| 11339658005032 | 6 |
| 11339658005033 | 6 |
| 11339658005034 | 6 |
| 11339658005035 | 6 |
| 11339658005036 | 6 |
| 11339658005037 | 6 |
| 11339658005038 | 6 |
| 11339658005039 | 6 |
| 11339658005040 | 6 |
| 11339658005041 | 6 |
| 11339658005042 | 6 |

| | |
|---|---|
| 11339658005043 | 6 |
| 11339658005044 | 6 |
| 11339658005045 | 6 |
| 11339658005046 | 6 |
| 11339658005047 | 6 |
| 11339658005048 | 6 |
| 11339658005049 | 6 |
| 11339658005050 | 6 |
| 11339658005051 | 6 |
| 11339658005052 | 6 |
| 11339658005053 | 6 |
| 11339658005054 | 6 |
| 11339658005055 | 6 |
| 11339658005056 | 6 |
| 11339658005057 | 6 |
| 11339658005058 | 6 |
| 11339658005059 | 6 |
| 11339658005060 | 6 |
| 11339658005061 | 6 |
| 11339658005062 | 6 |
| 11339658005063 | 6 |
| 11339658005064 | 6 |
| 11339658005065 | 6 |
| 11339658005066 | 6 |
| 11339658005067 | 6 |
| 11339658005071 | 6 |
| 11339656011000 | 6 |
| 11339656011001 | 6 |
| 11339656011002 | 6 |
| 11339656011003 | 6 |
| 11339656011004 | 6 |
| 11339656011005 | 6 |
| 11339656011006 | 6 |
| 11339656011007 | 6 |
| 11339656011008 | 6 |
| 11339656011009 | 6 |
| 11339656011010 | 6 |
| 11339656011011 | 6 |
| 11339656011012 | 6 |
| 11339656011013 | 6 |
| 11339656011014 | 6 |
| 11339656011015 | 6 |
| 11339656011016 | 6 |
| 11339656011017 | 6 |
| 11339656011018 | 6 |
| 11339656011019 | 6 |

| | |
|---|---|
| 11339656011020 | 6 |
| 11339656011021 | 6 |
| 11339656011022 | 6 |
| 11339656011023 | 6 |
| 11339656011024 | 6 |
| 11339656011025 | 6 |
| 11339656011026 | 6 |
| 11339656011027 | 6 |
| 11339656011028 | 6 |
| 11339656011029 | 6 |
| 11339656011030 | 6 |
| 11339656011031 | 6 |
| 11339656011032 | 6 |
| 11339656011038 | 6 |
| 11339656011041 | 6 |
| 11339656011042 | 6 |
| 11339656011043 | 6 |
| 11339656011044 | 6 |
| 11339656011045 | 6 |
| 11339656011046 | 6 |
| 11339656011047 | 6 |
| 11339656011048 | 6 |
| 11339656011049 | 6 |
| 11339656011050 | 6 |
| 11339656011051 | 6 |
| 11339656011052 | 6 |
| 11339656011053 | 6 |
| 11339656011054 | 6 |
| 11339656011055 | 6 |
| 11339656011056 | 6 |
| 11339656011057 | 6 |
| 11339656011058 | 6 |
| 11339656011059 | 6 |
| 11339656011060 | 6 |
| 11339656011061 | 6 |
| 11339656011062 | 6 |
| 11339656011063 | 6 |
| 11339656011064 | 6 |
| 11339656011065 | 6 |
| 11339656011066 | 6 |
| 11339656011068 | 6 |
| 11339656011069 | 6 |
| 11339656012028 | 6 |
| 11339656012029 | 6 |
| 11339659002063 | 6 |
| 11339656011033 | 6 |

| | |
|---|---|
| 11339656011035 | 6 |
| 11339656011036 | 6 |
| 11339656011037 | 6 |
| 11339656011039 | 6 |
| 11339656011040 | 6 |
| 11339658002038 | 6 |
| 11339658002039 | 6 |
| 11339659001000 | 6 |
| 11339659001001 | 6 |
| 11339659001002 | 6 |
| 11339659001003 | 6 |
| 11339659001004 | 6 |
| 11339659001005 | 6 |
| 11339659001006 | 6 |
| 11339659001007 | 6 |
| 11339659001008 | 6 |
| 11339659001018 | 6 |
| 11339659001019 | 6 |
| 11339659001020 | 6 |
| 11339659001024 | 6 |
| 11339659001025 | 6 |
| 11339659001026 | 6 |
| 11339659001028 | 6 |
| 11339659001029 | 6 |
| 11339659001030 | 6 |
| 11339659001031 | 6 |
| 11339659001032 | 6 |
| 11339659001035 | 6 |
| 11339659001050 | 6 |
| 11339659001051 | 6 |
| 11339659001052 | 6 |
| 11339659001053 | 6 |
| 11339659001054 | 6 |
| 11339659001055 | 6 |
| 11339659001066 | 6 |
| 11339659001067 | 6 |
| 11339659002000 | 6 |
| 11339659002001 | 6 |
| 11339659002002 | 6 |
| 11339659002003 | 6 |
| 11339659002004 | 6 |
| 11339659002005 | 6 |
| 11339659002006 | 6 |
| 11339659002007 | 6 |
| 11339659002008 | 6 |
| 11339659002009 | 6 |

| | |
|---|---|
| 11339659002010 | 6 |
| 11339659002011 | 6 |
| 11339659002012 | 6 |
| 11339659002013 | 6 |
| 11339659002014 | 6 |
| 11339659002015 | 6 |
| 11339659002016 | 6 |
| 11339659002017 | 6 |
| 11339659002018 | 6 |
| 11339659002019 | 6 |
| 11339659002020 | 6 |
| 11339659002021 | 6 |
| 11339659002022 | 6 |
| 11339659002023 | 6 |
| 11339659002024 | 6 |
| 11339659002025 | 6 |
| 11339659002026 | 6 |
| 11339659002027 | 6 |
| 11339659002028 | 6 |
| 11339659002029 | 6 |
| 11339659002030 | 6 |
| 11339659002031 | 6 |
| 11339659002032 | 6 |
| 11339659002033 | 6 |
| 11339659002034 | 6 |
| 11339659002035 | 6 |
| 11339659002036 | 6 |
| 11339659002037 | 6 |
| 11339659002038 | 6 |
| 11339659002039 | 6 |
| 11339659002040 | 6 |
| 11339659002041 | 6 |
| 11339659002042 | 6 |
| 11339659002043 | 6 |
| 11339659002044 | 6 |
| 11339659002045 | 6 |
| 11339659002046 | 6 |
| 11339659002047 | 6 |
| 11339659002048 | 6 |
| 11339659002049 | 6 |
| 11339659002050 | 6 |
| 11339659002051 | 6 |
| 11339659002052 | 6 |
| 11339659002053 | 6 |
| 11339659002054 | 6 |
| 11339659002055 | 6 |

| | |
|---|---|
| 11339659002056 | 6 |
| 11339659002057 | 6 |
| 11339659002058 | 6 |
| 11339659002059 | 6 |
| 11339659002060 | 6 |
| 11339659002061 | 6 |
| 11339659002062 | 6 |
| 11339659002064 | 6 |
| 11339659002065 | 6 |
| 11339659002066 | 6 |
| 11339659002067 | 6 |
| 11339659002068 | 6 |
| 11339659003007 | 6 |
| 11339659003013 | 6 |
| 11339659003014 | 6 |
| 11339659003015 | 6 |
| 11339659003016 | 6 |
| 11339659003017 | 6 |
| 11339659003018 | 6 |
| 11339659003019 | 6 |
| 11339659003020 | 6 |
| 11339659003021 | 6 |
| 11339659003022 | 6 |
| 11339659003023 | 6 |
| 11339659003024 | 6 |
| 11339659003025 | 6 |
| 11339659003026 | 6 |
| 11339659003027 | 6 |
| 11339659003028 | 6 |
| 11339659003029 | 6 |
| 11339659003030 | 6 |
| 11339659003031 | 6 |
| 11339659003032 | 6 |
| 11339659003033 | 6 |
| 11339659003034 | 6 |
| 11339659003035 | 6 |
| 11339659003036 | 6 |
| 11339659003037 | 6 |
| 11339659003038 | 6 |
| 11339659003039 | 6 |
| 11339659003040 | 6 |
| 11339659003041 | 6 |
| 11339659003042 | 6 |
| 11339659003043 | 6 |
| 11339659003044 | 6 |
| 11339659003045 | 6 |

| | |
|---|---|
| 11339659003046 | 6 |
| 11339659003047 | 6 |
| 11339659003048 | 6 |
| 11339659003049 | 6 |
| 11339659003050 | 6 |
| 11339659003051 | 6 |
| 11339659003052 | 6 |
| 11339659003053 | 6 |
| 11339659003054 | 6 |
| 11339659003055 | 6 |
| 11339659003056 | 6 |
| 11339659003057 | 6 |
| 11339659003058 | 6 |
| 11339659003059 | 6 |
| 11339659003060 | 6 |
| 11339659003061 | 6 |
| 11339659003062 | 6 |
| 11339659003063 | 6 |
| 11339659003064 | 6 |
| 11339659003065 | 6 |
| 11339659003066 | 6 |
| 11339659003067 | 6 |
| 11339659003068 | 6 |
| 11339659003069 | 6 |
| 11339659003070 | 6 |
| 11339659003071 | 6 |
| 11339659003075 | 6 |
| 11339656011034 | 6 |
| 11339656011067 | 6 |
| 11339656012000 | 6 |
| 11339656012001 | 6 |
| 11339656012002 | 6 |
| 11339656012003 | 6 |
| 11339656012004 | 6 |
| 11339656012005 | 6 |
| 11339656012006 | 6 |
| 11339656012007 | 6 |
| 11339656012008 | 6 |
| 11339656012009 | 6 |
| 11339656012010 | 6 |
| 11339656012011 | 6 |
| 11339656012012 | 6 |
| 11339656012013 | 6 |
| 11339656012014 | 6 |
| 11339656012015 | 6 |
| 11339656012016 | 6 |

| | |
|---|---|
| 11339656012017 | 6 |
| 11339656012018 | 6 |
| 11339656012019 | 6 |
| 11339656012020 | 6 |
| 11339656012021 | 6 |
| 11339656012022 | 6 |
| 11339656012023 | 6 |
| 11339656012024 | 6 |
| 11339656012025 | 6 |
| 11339656012026 | 6 |
| 11339656012027 | 6 |
| 11339656012030 | 6 |
| 11339656012031 | 6 |
| 11339656012032 | 6 |
| 11339656012033 | 6 |
| 11339656012034 | 6 |
| 11339656021038 | 6 |
| 11339656021039 | 6 |
| 11339656021042 | 6 |
| 11339656021043 | 6 |
| 11339656021044 | 6 |
| 11339656021045 | 6 |
| 11339656021047 | 6 |
| 11339656021048 | 6 |
| 11339656021049 | 6 |
| 11339656021050 | 6 |
| 11339656021051 | 6 |
| 11339656021052 | 6 |
| 11339656021053 | 6 |
| 11339656021054 | 6 |
| 11339656021055 | 6 |
| 11339656021056 | 6 |
| 11339656021057 | 6 |
| 11339656021058 | 6 |
| 11339656021059 | 6 |
| 11339656021060 | 6 |
| 11339656021061 | 6 |
| 11339656021062 | 6 |
| 11339656021063 | 6 |
| 11339656021064 | 6 |
| 11339656021065 | 6 |
| 11339656022000 | 6 |
| 11339656022001 | 6 |
| 11339656022002 | 6 |
| 11339656022003 | 6 |
| 11339656022004 | 6 |

| | |
|---|---|
| 11339656022005 | 6 |
| 11339656022006 | 6 |
| 11339656022007 | 6 |
| 11339656022008 | 6 |
| 11339656022009 | 6 |
| 11339656022010 | 6 |
| 11339656022011 | 6 |
| 11339656022012 | 6 |
| 11339656022013 | 6 |
| 11339656022014 | 6 |
| 11339656022015 | 6 |
| 11339656022016 | 6 |
| 11339656022017 | 6 |
| 11339656022018 | 6 |
| 11339656022019 | 6 |
| 11339656022020 | 6 |
| 11339656022021 | 6 |
| 11339656022022 | 6 |
| 11339656022023 | 6 |
| 11339656022024 | 6 |
| 11339656022025 | 6 |
| 11339656022026 | 6 |
| 11339656022027 | 6 |
| 11339656022028 | 6 |
| 11339656022029 | 6 |
| 11339656022030 | 6 |
| 11339656022031 | 6 |
| 11339656022032 | 6 |
| 11339656022033 | 6 |
| 11339656022034 | 6 |
| 11339656022035 | 6 |
| 11339656022036 | 6 |
| 11339656022037 | 6 |
| 11339656022038 | 6 |
| 11339656022039 | 6 |
| 11339656022040 | 6 |
| 11339656022041 | 6 |
| 11339656022042 | 6 |
| 11339656022043 | 6 |
| 11339656022044 | 6 |
| 11339656022045 | 6 |
| 11339656022046 | 6 |
| 11339656022047 | 6 |
| 11339656022048 | 6 |
| 11339656023000 | 6 |
| 11339656023001 | 6 |

| | |
|---|---|
| 11339656023002 | 6 |
| 11339656023003 | 6 |
| 11339656023004 | 6 |
| 11339656023005 | 6 |
| 11339656023006 | 6 |
| 11339656023007 | 6 |
| 11339656023008 | 6 |
| 11339656023009 | 6 |
| 11339656023010 | 6 |
| 11339656023011 | 6 |
| 11339656023012 | 6 |
| 11339656023013 | 6 |
| 11339656023014 | 6 |
| 11339656023015 | 6 |
| 11339656023016 | 6 |
| 11339656023017 | 6 |
| 11339656023018 | 6 |
| 11339656023019 | 6 |
| 11339656023020 | 6 |
| 11339656023021 | 6 |
| 11339656023022 | 6 |
| 11339656023023 | 6 |
| 11339656023024 | 6 |
| 11339656023025 | 6 |
| 11339656023026 | 6 |
| 11339656023027 | 6 |
| 11339656023028 | 6 |
| 11339656023029 | 6 |
| 11339656023030 | 6 |
| 11339656023031 | 6 |
| 11339656023032 | 6 |
| 11339656023033 | 6 |
| 11339656023034 | 6 |
| 11339656023035 | 6 |
| 11339656023036 | 6 |
| 11339656023037 | 6 |
| 11339656023038 | 6 |
| 11339656023039 | 6 |
| 11339656023040 | 6 |
| 11339656023041 | 6 |
| 11339656023042 | 6 |
| 11339656023043 | 6 |
| 11339656023044 | 6 |
| 11339656023045 | 6 |
| 11339656023046 | 6 |
| 11339656023047 | 6 |

| | |
|---|---|
| 11339656023048 | 6 |
| 11339656023049 | 6 |
| 11339656023050 | 6 |
| 11339656023051 | 6 |
| 11339656023052 | 6 |
| 11339656023053 | 6 |
| 11339656023054 | 6 |
| 11339656023055 | 6 |
| 11339656023056 | 6 |
| 11339656023057 | 6 |
| 11339656023058 | 6 |
| 11339656023059 | 6 |
| 11339656023060 | 6 |
| 11339656023061 | 6 |
| 11339658002000 | 6 |
| 11339658002001 | 6 |
| 11339658002002 | 6 |
| 11339658002035 | 6 |
| 11339658002041 | 6 |
| 11339658002042 | 6 |
| 11339658002043 | 6 |
| 11339658002044 | 6 |
| 11339658003031 | 6 |
| 11339658003032 | 6 |
| 11339658003033 | 6 |
| 11339658003034 | 6 |
| 11339658003035 | 6 |
| 11339658003040 | 6 |
| 11339658003041 | 6 |
| 11339658003042 | 6 |
| 11339658003043 | 6 |
| 11339658003044 | 6 |
| 11339658003045 | 6 |
| 11339655021010 | 6 |
| 11339655021011 | 6 |
| 11339655021042 | 6 |
| 11339655021046 | 6 |
| 11339655022000 | 6 |
| 11339655022001 | 6 |
| 11339655022002 | 6 |
| 11339655022003 | 6 |
| 11339655022004 | 6 |
| 11339655022005 | 6 |
| 11339655022006 | 6 |
| 11339655022007 | 6 |
| 11339655022008 | 6 |

| | |
|---|---|
| 11339655022009 | 6 |
| 11339655022010 | 6 |
| 11339655022011 | 6 |
| 11339655022012 | 6 |
| 11339655022013 | 6 |
| 11339655022014 | 6 |
| 11339655022015 | 6 |
| 11339655022016 | 6 |
| 11339655022017 | 6 |
| 11339655022018 | 6 |
| 11339655022019 | 6 |
| 11339655022020 | 6 |
| 11339655022021 | 6 |
| 11339655022022 | 6 |
| 11339655022023 | 6 |
| 11339655022024 | 6 |
| 11339655022025 | 6 |
| 11339655022026 | 6 |
| 11339655023000 | 6 |
| 11339655023001 | 6 |
| 11339655023002 | 6 |
| 11339655023003 | 6 |
| 11339655023004 | 6 |
| 11339655023005 | 6 |
| 11339655023006 | 6 |
| 11339655023007 | 6 |
| 11339655023008 | 6 |
| 11339655023009 | 6 |
| 11339655023010 | 6 |
| 11339655023011 | 6 |
| 11339655023012 | 6 |
| 11339655023013 | 6 |
| 11339655023014 | 6 |
| 11339655023015 | 6 |
| 11339655023016 | 6 |
| 11339655023017 | 6 |
| 11339655023018 | 6 |
| 11339655023019 | 6 |
| 11339655023020 | 6 |
| 11339655023021 | 6 |
| 11339655023022 | 6 |
| 11339655031004 | 6 |
| 11339655031006 | 6 |
| 11339655031007 | 6 |
| 11339655031008 | 6 |
| 11339655031009 | 6 |

| | |
|---|---|
| 11339655031010 | 6 |
| 11339655031011 | 6 |
| 11339655031012 | 6 |
| 11339655031013 | 6 |
| 11339655031016 | 6 |
| 11339655031017 | 6 |
| 11339655031018 | 6 |
| 11339655031019 | 6 |
| 11339655031020 | 6 |
| 11339655031021 | 6 |
| 11339655031022 | 6 |
| 11339655031023 | 6 |
| 11339655031024 | 6 |
| 11339655031025 | 6 |
| 11339655031026 | 6 |
| 11339655031027 | 6 |
| 11339655031028 | 6 |
| 11339655031029 | 6 |
| 11339655031030 | 6 |
| 11339655031031 | 6 |
| 11339655031032 | 6 |
| 11339655031033 | 6 |
| 11339655031034 | 6 |
| 11339655031035 | 6 |
| 11339655031036 | 6 |
| 11339655031037 | 6 |
| 11339655031038 | 6 |
| 11339655031039 | 6 |
| 11339655031040 | 6 |
| 11339655031041 | 6 |
| 11339655031042 | 6 |
| 11339655031043 | 6 |
| 11339655031044 | 6 |
| 11339655031045 | 6 |
| 11339655031046 | 6 |
| 11339655032014 | 6 |
| 11339655032015 | 6 |
| 11339655032016 | 6 |
| 11339655032017 | 6 |
| 11339655032018 | 6 |
| 11339655032019 | 6 |
| 11339655032022 | 6 |
| 11339655032023 | 6 |
| 11339655032024 | 6 |
| 11339655032025 | 6 |
| 11339655032026 | 6 |

| | |
|---|---|
| 11339655032027 | 6 |
| 11339655032028 | 6 |
| 11339655032029 | 6 |
| 11339655031014 | 6 |
| 11339655031015 | 6 |
| 11339655032000 | 6 |
| 11339655032001 | 6 |
| 11339655032002 | 6 |
| 11339655032003 | 6 |
| 11339655032004 | 6 |
| 11339655032005 | 6 |
| 11339655032006 | 6 |
| 11339655032007 | 6 |
| 11339655032008 | 6 |
| 11339655032009 | 6 |
| 11339655032010 | 6 |
| 11339655032011 | 6 |
| 11339655032012 | 6 |
| 11339655032013 | 6 |
| 11339655032020 | 6 |
| 11339655032021 | 6 |
| 11339655032030 | 6 |
| 11339655032031 | 6 |
| 11339655032032 | 6 |
| 11339655033013 | 6 |
| 11339655033014 | 6 |
| 11339655033016 | 6 |
| 11339655033017 | 6 |
| 11339655033018 | 6 |
| 11339655033019 | 6 |
| 11339655033020 | 6 |
| 11339655033021 | 6 |
| 11339655033022 | 6 |
| 11339655033023 | 6 |
| 11339655033024 | 6 |
| 11339655033029 | 6 |
| 11339655033034 | 6 |
| 11339655011002 | 6 |
| 11339655011003 | 6 |
| 11339655011004 | 6 |
| 11339655011005 | 6 |
| 11339655011006 | 6 |
| 11339655011007 | 6 |
| 11339655011008 | 6 |
| 11339655011009 | 6 |
| 11339655011010 | 6 |

| | |
|---|---|
| 11339655011011 | 6 |
| 11339655011012 | 6 |
| 11339655011013 | 6 |
| 11339655011014 | 6 |
| 11339655011015 | 6 |
| 11339655011016 | 6 |
| 11339655011017 | 6 |
| 11339655011018 | 6 |
| 11339655011019 | 6 |
| 11339655011020 | 6 |
| 11339655011021 | 6 |
| 11339655011022 | 6 |
| 11339655011023 | 6 |
| 11339655011024 | 6 |
| 11339655011025 | 6 |
| 11339655011026 | 6 |
| 11339655011027 | 6 |
| 11339655011032 | 6 |
| 11339655011033 | 6 |
| 11339655011034 | 6 |
| 11339655011035 | 6 |
| 11339655011036 | 6 |
| 11339655011037 | 6 |
| 11339655011038 | 6 |
| 11339655011039 | 6 |
| 11339655011040 | 6 |
| 11339655011041 | 6 |
| 11339655011042 | 6 |
| 11339655011043 | 6 |
| 11339655011044 | 6 |
| 11339655011045 | 6 |
| 11339655011078 | 6 |
| 11339655011079 | 6 |
| 11339655011080 | 6 |
| 11339655011081 | 6 |
| 11339655011082 | 6 |
| 11339656021000 | 6 |
| 11339656021001 | 6 |
| 11339658002003 | 6 |
| 11339658002004 | 6 |
| 11339658002008 | 6 |
| 11339658002009 | 6 |
| 11339658002010 | 6 |
| 11339658002011 | 6 |
| 11339658002012 | 6 |
| 11339658002013 | 6 |

| | |
|---|---|
| 11339658002014 | 6 |
| 11339658002015 | 6 |
| 11339658002016 | 6 |
| 11339658002017 | 6 |
| 11339658002018 | 6 |
| 11339658002019 | 6 |
| 11339658002027 | 6 |
| 11339658002028 | 6 |
| 11339658002029 | 6 |
| 11339658002030 | 6 |
| 11339658002031 | 6 |
| 11339658002032 | 6 |
| 11339658002033 | 6 |
| 11339658002034 | 6 |
| 11339658002036 | 6 |
| 11339658002037 | 6 |
| 11339658002040 | 6 |
| 11339658002045 | 6 |
| 11339658002047 | 6 |
| 11339658002048 | 6 |
| 11339658005068 | 6 |
| 11339658005069 | 6 |
| 11339658005070 | 6 |
| 11339659001009 | 6 |
| 11339659001010 | 6 |
| 11339659001011 | 6 |
| 11339659001012 | 6 |
| 11339659001013 | 6 |
| 11339659001014 | 6 |
| 11339659001015 | 6 |
| 11339659001016 | 6 |
| 11339659001017 | 6 |
| 11339659001021 | 6 |
| 11339659001022 | 6 |
| 11339659001023 | 6 |
| 11339659001027 | 6 |
| 11339659001033 | 6 |
| 11339659001034 | 6 |
| 11339659001036 | 6 |
| 11339659001037 | 6 |
| 11339659001038 | 6 |
| 11339659001039 | 6 |
| 11339659001040 | 6 |
| 11339659001041 | 6 |
| 11339659001042 | 6 |
| 11339659001043 | 6 |

| | |
|---|---|
| 11339659001044 | 6 |
| 11339659001045 | 6 |
| 11339659001046 | 6 |
| 11339659001047 | 6 |
| 11339659001048 | 6 |
| 11339659001049 | 6 |
| 11339659001056 | 6 |
| 11339659001057 | 6 |
| 11339659001058 | 6 |
| 11339659001059 | 6 |
| 11339659001060 | 6 |
| 11339659001061 | 6 |
| 11339659001062 | 6 |
| 11339659001063 | 6 |
| 11339659001064 | 6 |
| 11339659001065 | 6 |
| 11339659001068 | 6 |
| 11339659003000 | 6 |
| 11339659003001 | 6 |
| 11339659003002 | 6 |
| 11339659003003 | 6 |
| 11339659003004 | 6 |
| 11339659003005 | 6 |
| 11339659003006 | 6 |
| 11339659003008 | 6 |
| 11339659003009 | 6 |
| 11339659003010 | 6 |
| 11339659003011 | 6 |
| 11339659003012 | 6 |
| 11339659003072 | 6 |
| 11339659003073 | 6 |
| 11339659003074 | 6 |
| 11339656021002 | 6 |
| 11339656021003 | 6 |
| 11339656021004 | 6 |
| 11339656021005 | 6 |
| 11339656021006 | 6 |
| 11339656021007 | 6 |
| 11339656021008 | 6 |
| 11339656021009 | 6 |
| 11339656021010 | 6 |
| 11339656021011 | 6 |
| 11339656021012 | 6 |
| 11339656021013 | 6 |
| 11339656021014 | 6 |
| 11339656021015 | 6 |

| | |
|---|---|
| 11339656021016 | 6 |
| 11339656021017 | 6 |
| 11339656021018 | 6 |
| 11339656021019 | 6 |
| 11339656021020 | 6 |
| 11339656021021 | 6 |
| 11339656021022 | 6 |
| 11339656021023 | 6 |
| 11339656021024 | 6 |
| 11339656021025 | 6 |
| 11339656021026 | 6 |
| 11339656021027 | 6 |
| 11339656021028 | 6 |
| 11339656021029 | 6 |
| 11339656021030 | 6 |
| 11339656021031 | 6 |
| 11339656021032 | 6 |
| 11339656021033 | 6 |
| 11339656021034 | 6 |
| 11339656021035 | 6 |
| 11339656021036 | 6 |
| 11339656021037 | 6 |
| 11339656021040 | 6 |
| 11339656021041 | 6 |
| 11339656021046 | 6 |
| 11339658001000 | 6 |
| 11339658001001 | 6 |
| 11339658001002 | 6 |
| 11339658001003 | 6 |
| 11339658001019 | 6 |
| 11339658001020 | 6 |
| 11339658001021 | 6 |
| 11339658001022 | 6 |
| 11339658001023 | 6 |
| 11339658001024 | 6 |
| 11339658001025 | 6 |
| 11339658001026 | 6 |
| 11339658001027 | 6 |
| 11339658001028 | 6 |
| 11339658001029 | 6 |
| 11339658001030 | 6 |
| 11339658001031 | 6 |
| 11339658001032 | 6 |
| 11339658001044 | 6 |
| 11339658001045 | 6 |
| 11339658001047 | 6 |

| | |
|---|---|
| 11339655011046 | 6 |
| 11339655011047 | 6 |
| 11339655011048 | 6 |
| 11339655011049 | 6 |
| 11339655011050 | 6 |
| 11339655011051 | 6 |
| 11339655011052 | 6 |
| 11339655011053 | 6 |
| 11339655011054 | 6 |
| 11339655021012 | 6 |
| 11339655021013 | 6 |
| 11339655021014 | 6 |
| 11339655021015 | 6 |
| 11339655021016 | 6 |
| 11339655021017 | 6 |
| 11339655021018 | 6 |
| 11339655021019 | 6 |
| 11339655021020 | 6 |
| 11339655021021 | 6 |
| 11339655021022 | 6 |
| 11339655021023 | 6 |
| 11339655021024 | 6 |
| 11339655021025 | 6 |
| 11339655021026 | 6 |
| 11339655021027 | 6 |
| 11339655021028 | 6 |
| 11339655021029 | 6 |
| 11339655021030 | 6 |
| 11339655021031 | 6 |
| 11339655021032 | 6 |
| 11339655021033 | 6 |
| 11339655021034 | 6 |
| 11339655021035 | 6 |
| 11339655021036 | 6 |
| 11339655021037 | 6 |
| 11339655021038 | 6 |
| 11339655021039 | 6 |
| 11339655021040 | 6 |
| 11339655021041 | 6 |
| 11339655021047 | 6 |
| 11339655021048 | 6 |
| 11339655021049 | 6 |
| 11339655021050 | 6 |
| 11339655021051 | 6 |
| 11339655021052 | 6 |