# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE REDISTRICTING 2023**<br><br>**SPECIAL MASTER** | Misc. No. 2:23-mc-1181-AMM |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Mark P. Gaber hereby moves for permission to appear *pro hac vice* in the above-captioned action. In support of this motion, movant hereby certifies the following:

1. Mr. Gaber's residential address is 63 Seaton Pl NW, Washington, DC 20001, mgaber@campaignlegalcenter.org.

2. Mr. Gaber's office address is Campaign Legal Center, 1101 14th Street NW, Suite 400, Washington, D.C. 20005. Campaign Legal Center's phone number is (202) 736-2200, and the facsimile number is (202) 736-2222.

3. The following is a list of the jurisdictions in which Mr. Gaber has been licensed to practice law and is currently in good standing, including dates of admission and attorney registration numbers, if applicable.

   - District of Columbia Bar (10/3/2011) Bar No. 988077

   - California State Bar (inactive) (12/2/2010) Bar No. 273786

   - U.S. Court of Appeals for the D.C. Circuit (04/30/2012) Bar No. 54107

1

- U.S. Court of Appeals for the Fifth Circuit (10/30/2013)
- U.S. Court of Appeals for the Fourth Circuit (05/01/2014)
- U.S. Court of Appeals for the Tenth Circuit (11/12/2014)
- U.S. Supreme Court (11/02/2016)
- U.S. District Court for D.C. (02/01/2016)
- U.S. District Court for Western District of Michigan (08/30/2019)
- U.S. Court of Appeals for the Eleventh Circuit (11/26/2019)
- U.S. Court of Appeals for the Sixth Circuit (12/05/2019)
- U.S. District Court for the District of North Dakota (05/2020)
- U.S. Court of Appeals for the Eighth Circuit (06/06/2020), Bar No. 2000165
- U.S. District Court for the Western District of Wisconsin (09/08/2021)

4. Pursuant to Local Rule 83.1(b)(2), undersigned counsel is associated in this proceeding with Joseph Mitchell McGuire, an attorney licensed to practice in Alabama, in good standing, who resides in and maintains an office in Alabama. Mr. McGuire agrees to review and sign all pleadings and other papers filed in this action.

5. Movant has paid all fees required by this Rule in connection with this motion for admission *pro hac vice*.

Dated: September 13, 2023                           Respectfully submitted,


/s/ Joseph Mitchell McGuire                         /s/ Hayden Johnson
Joseph Mitchell McGuire                             Hayden Johnson
(ASB-8317-S69M)                                     DC Bar No. 1671830
McGuire & Associates, LLC                           CAMPAIGN LEGAL CENTER
31 Clayton Street                                   1101 14th Street NW, Ste. 400
Montgomery, AL 36104                                Washington, DC 20005
Tel.: 334-517-1000                                  (202) 736-2200
jmcguire@mandabusinesslaw.com                       hjohnson@campaignlegalcenter.org

## CERTIFICATE OF SERVICE

    The forgoing was served on all counsel of record via the Court's CM/ECF system this 13th day of September, 2023.

                                      */s/ Joseph Mitchell McGuire*
                                      Joseph Mitchell McGuire

                                      Counsel for non-party Campaign Legal Center