# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE REDISTRICTING 2023 SPECIAL MASTER | Misc. No. 2:23-mc-1181-AMM |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Hayden Johnson hereby moves for permission to appear *pro hac vice* in the above-captioned action. In support of this motion, movant hereby certifies the following:

1. Mr. Johnson's residential address is 2245 Grove Street, Denver, CO 80211.

2. Mr. Johnson's office address is Campaign Legal Center, 1101 14th Street NW, Suite 400, Washington, D.C. 20005. Campaign Legal Center's phone number is (202) 736-2200, and the facsimile number is (202) 736-2222.

3. The following is a list of the jurisdictions in which Mr. Johnson has been licensed to practice law and is currently in good standing, including dates of admission and attorney registration numbers, if applicable.

    - District of Columbia Bar (02/19/2020) Bar No. 1671830
    - U.S. District Court for D.C. (06/06/2022)
    - U.S. Court of Appeals for the D.C. Circuit (07/13/2022)
    - U.S. Court of Appeals for the 10th Circuit (06/16/2023)

1

4. Pursuant to Local Rule 83.1(b)(2), undersigned counsel is associated in this proceeding with Joseph Mitchell McGuire, an attorney licensed to practice in Alabama, in good standing, who resides in and maintains an office in Alabama. Mr. McGuire agrees to review and sign all pleadings and other papers filed in this action.

5. Movant has paid all fees required by this Rule in connection with this motion for admission *pro hac vice*.

Dated: September 13, 2023                                Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Mitchell McGuire | /s/ Hayden Johnson |
| Joseph Mitchell McGuire | Hayden Johnson |
| (ASB-8317-S69M) | DC Bar No. 1671830 |
| McGuire & Associates, LLC | CAMPAIGN LEGAL CENTER |
| 31 Clayton Street | 1101 14th Street NW, Ste. 400 |
| Montgomery, AL 36104 | Washington, DC 20005 |
| Tel.: 334-517-1000 | (202) 736-2200 |
| jmcguire@mandabusinesslaw.com | hjohnson@campaignlegalcenter.org |

## CERTIFICATE OF SERVICE

The forgoing was served on all counsel of record via the Court's CM/ECF system this 13th day of September, 2023.

>*/s/ Joseph Mitchell McGuire*
>Joseph Mitchell McGuire
>
>Counsel for non-party Campaign Legal Center