IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE REDISTICTING 2023

*SPECIAL MASTER*

No. 2:23-mc-01181-AMM

**AMENDED NOTICE OF SUBMISSION OF COMMENTS BY
THE BRENNAN CENTER FOR JUSTICE AT
N.Y.U. SCHOOL OF LAW ON PROPOSED REMEDIAL PLANS**

The Brennan Center for Justice at New York University School of Law hereby gives notice that it has submitted the comments on proposed remedial plans attached as <u>Exhibit 1</u> to the Special Master.[1]

Respectfully submitted this this 13th day of September 2023.

<u>/s/ Kareem Crayton</u>
Kareem Crayton (ASB0554X11H)
BRENNAN CENTER FOR
JUSTICE AT N.Y.U. SCHOOL
OF LAW
120 Broadway, Suite 1750
New York, New York 10271
Telephone: (646) 292-8310
Email:*kareem.crayton@nyu.edu*

<u>/s/ Barry A. Ragsdale</u>
Barry A. Ragsdale (ASB-2958-A38B)
Robert S. Vance, III (ASB 8816-B11Q)
**DOMINICK FELD HYDE, P.C.**
1130 22nd Street South, Suite 4000
Birmingham, Alabama 35205

---

[1] The attached comments are submitted on behalf of the Brennan Center for Justice and do not purport to state the views, if any, of New York University School of Law.

1

Tel.: (205) 536-8888  
bragsdale@dfhlaw.com  
rvance@dfhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this the 13th day of September 2023, I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/<i>Kareem Crayton</i>