**From:** Michael Moriarty <mjpmoriarty28@gmail.com>
**Date:** September 13, 2023 at 11:28:51 AM CDT
**To:** "Richard F. Allen" <RFA@chlaw.com>
**Subject: Alabama Congressional Districts**

Attorney Richard Allen

    I have been following the Alabama Congressional District litigation and see that you have been appointed the Special Master for the new districts. I would like to send you 3 different proposals for the boundaries of the 7 Alabama Congressional Districts. The maps are compliant with the court decision that 2 of the districts could elect a member from the African American community

I created these maps on the Dave's Redistricting website. The maps show the boundaries as well as recent election results.

AlabamaCongress#1 has 2 districts that could elect members from the African American community. District #3 has a Black population of 49.0% with a voting age population of 47.3%. In recent elections the Democratic candidates have received 57% of the vote and Republican candidates 42% of the vote. The 47.3% of the electorate that is Black is an underestimate. Auburn University is located within the district and there are over 30,000 students enrolled with 25,000 undergraduates. In the Census, university students are usually counted at their university address. However, they are usually registered to vote at their home address. African Americans are only 5% of the students. Adjusting for this factor, the Black voting age population is over 49% in this district. The other district that could elect a candidate from the African American community is #7. It comprises all of

Jefferson County a few suburbs in Shelby County. It has a Black population of 41.3% with a voting age population of 40%. The current member of Congress from the Birmingham area is Democrat Terri Sewell, who is from the African American community. Democratic candidates have received 57% of the votes in recent elections and Republican candidates 42%, Based on those percentages, Representative Sewell would be reelected.

AlabamCongress#2 is identical to AlabamaCongress#1 except for District #7. I removed some Jefferson County suburbs where there are very few Black residents and added some suburbs in Shelby County where there are higher numbers of Black residents. It has a Black voting age population of 41% with 9% other minorities. It has voted 58.7% Democratic and 40.1% Republican in recent elections.

AlabamaCongress#3 is much different than the other two proposals. It some respects it is similar to the original proposal passed by the Republican legislature that was not approved by the Court. That proposal had a 2nd district with a Black population slightly less than 40% but a slight edge for Republican candidates in recent elections. As with the other 2 plans, District #7 would elect a member from the Black community and the Black voting age population is 46.4% and Democratic candidates have received 64.6% of the vote compared to 34.3% for Republican candidates. It also differs in boundaries since it extends to Tuscaloosa and includes the University of Alabama. District #1 has a Black voting age population of 39.9% and District #3 has a Black voting age population of 39.9%. Both districts are very competitive in recent elections and The Republican and Democratic vote has been essentially equal. While there is no guarantee that an African American candidate would win, both District #1 and District #3 are competitive so it is possible that an African American candidate would win in one of these 2 districts.

I hope these proposals are helpful to you.

https://davesredistricting.org/join/cce26a93-5f17-443f-8856-ddefe0f2abda

https://davesredistricting.org/join/44f17ea9-6b29-4b2d-ac97-1473e9ad36ea

https://davesredistricting.org/join/b626a9c5-a88d-4ee9-9f5e-d20954daa900

Michael Moriarty

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.