



Notes
- Precinct Shapes: Census 2020
- Total Population: Census 2020
- Voting Age Population: Census 2020
- Election Result: Composite of 2016 Pres, 2020 Pres, 2017 Sen, 2020 Sen, 2018 Gov, 2018 AG
- The 0.17% population deviation is within the 0.75% threshold tolerated by the courts.
- Four districts lean Republican, two lean Democratic, and one falls in the 45–55% competitive range.
- There is one majority-minority district.

Back to top