

# AlabamaCongress#2

Statistics | Notes

| | Population | | | Shapes | | Partisan Lean | | | Demographics (VAP) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Total | +/- | | | | Dem | Rep | Oth | Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
| Un | 0 | | | | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 717,165 | -0.08% | ✓ | ✓ | | 46.96% | 52.16% | 0.88% | 558,513 | 58.17% | 41.83% | 3.42% | 33.96% | 2.07% | 2.42% | 0.12% |
| 2 | 718,292 | 0.07% | ✓ | ✓ | | 27.93% | 71.22% | 0.84% | 556,837 | 72.96% | 27.04% | 3.99% | 18.79% | 1.32% | 2.82% | 0.17% |
| 3 | 717,878 | 0.02% | ✓ | ✓ | | 57.31% | 41.94% | 0.75% | 564,935 | 45.56% | 54.44% | 3.05% | 47.31% | 2.97% | 1.41% | 0.11% |
| 4 | 718,073 | 0.04% | ✓ | ✓ | | 26.94% | 72.11% | 0.95% | 560,731 | 76.13% | 23.87% | 3.5% | 16.5% | 1.38% | 2.35% | 0.1% |
| 5 | 717,487 | -0.04% | ✓ | ✓ | | 40.68% | 57.74% | 1.58% | 561,548 | 68.88% | 31.12% | 5.35% | 20.25% | 2.6% | 2.99% | 0.18% |
| 6 | 718,051 | 0.04% | ✓ | ✓ | | 16.11% | 83.17% | 0.72% | 556,300 | 86.55% | 13.45% | 5.74% | 3.21% | 0.58% | 3.87% | 0.09% |
| 7 | 717,333 | -0.06% | ✓ | ✓ | | 58.66% | 40.08% | 1.26% | 558,302 | 50.31% | 49.69% | 4.77% | 40.97% | 2.46% | 1.69% | 0.11% |
| | 717,754 | 0.16% | ✓ | ✓ | | 39.62% | 59.38% | 1.01% | 559,595 | 65.47% | 34.53% | 4.26% | 25.9% | 1.91% | 2.5% | 0.12% |

## Notes

- Precinct Shapes: Census 2020
- Total Population: Census 2020
- Voting Age Population: Census 2020
- Election Result: Composite of 2016 Pres, 2020 Pres, 2017 Sen, 2020 Sen, 2018 Gov, 2018 AG
- The 0.16% population deviation is within the 0.75% threshold tolerated by the courts.
- Four districts lean Republican, two lean Democratic, and one falls in the 45–55% competitive range.
- There is one majority-minority district.

Back to top