



| ID | Population | | Shapes | | Partisan Lean | | | Demographics (VAP) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | +/- | | | Dem | Rep | Oth | Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
| Un | 0 | | | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 717,848 | 0.01% | ✓ | ✓ | 49.6% | 49.74% | 0.66% | 556,549 | 53.74% | 46.26% | 2.38% | 39.93% | 1.73% | 2.31% | 0.12% |
| 2 | 717,782 | 0% | ✓ | ✓ | 28.25% | 70.9% | 0.84% | 556,414 | 72.72% | 27.28% | 4% | 19.02% | 1.32% | 2.82% | 0.17% |
| 3 | 717,706 | -0.01% | ✓ | ✓ | 50.43% | 48.7% | 0.87% | 567,465 | 52.32% | 47.68% | 3.32% | 39.87% | 3.04% | 1.63% | 0.11% |
| 4 | 717,826 | 0.01% | ✓ | ✓ | 26.18% | 72.6% | 1.22% | 555,087 | 80.15% | 19.85% | 4.08% | 11.49% | 1.72% | 2.39% | 0.09% |
| 5 | 717,637 | -0.02% | ✓ | ✓ | 40.8% | 57.63% | 1.57% | 562,042 | 68.9% | 31.1% | 5.32% | 20.28% | 2.59% | 2.99% | 0.18% |
| 6 | 718,118 | 0.05% | ✓ | ✓ | 16.43% | 82.82% | 0.75% | 554,044 | 86.08% | 13.92% | 5.86% | 3.54% | 0.66% | 3.83% | 0.09% |
| 7 | 717,362 | -0.05% | ✓ | ✓ | 64.64% | 34.27% | 1.09% | 565,565 | 45.07% | 54.93% | 4.86% | 46.45% | 2.29% | 1.6% | 0.11% |
| | 717,754 | 0.11% | ✓ | ✓ | 39.62% | 59.38% | 1.01% | 559,595 | 65.47% | 34.53% | 4.26% | 25.9% | 1.91% | 2.5% | 0.12% |

Notes
- Precinct Shapes: Census 2020
- Total Population: Census 2020
- Voting Age Population: Census 2020
- Election Result: Composite of 2016 Pres, 2020 Pres, 2017 Sen, 2020 Sen, 2018 Gov, 2018 AG
- The 0.11% population deviation is within the 0.75% threshold tolerated by the courts.
- Four districts lean Republican, one leans Democratic, and two fall in the 45–55% competitive range.
- There is one majority-minority district.

Back to top