**VRA Plaintiffs' Remedial Map**


