FILED
2023 Sep-14  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE REDISTRICTING 2023** | ) | |
| | ) | |
| **SPECIAL MASTER** | ) | Misc. No.: 2:23-cv-1181-AMM |
| | ) | |

## ORDER

For the reasons discussed below, the Special Master is extending the time available for parties and other interested non-parties to comment on four specific proposed remedial plans until **midnight Central Standard Time tonight**, **Thursday, September 14, 2023**.

First, the Special Master directed any party desiring to do so to submit proposed remedial plans by 12:00 PM Central Standard Time on Monday, September 11, 2023. The *Milligan* and *Caster* Plaintiffs timely filed a brief with supporting exhibits. Doc. 7. The proposed remedial plan, referred to as the VRA Plaintiffs' Plan, was embedded within the Plaintiffs' expert report of Dr. Duchin attached to the brief and is generally part of the record through the legislative process in the underlying proceedings. To a non-party unfamiliar with the Plaintiffs' prior submissions to the Court, however, the plan may not have been apparent. To ensure that the plan was available for public review and comment, the Special Master ordered the *Milligan* and *Caster* Plaintiffs to file their proposed remedial plan separately on the consolidated docket as a supplement to their original submission, which they did. *See* Doc. 28.

Second, the Special Master directed any interested non-party desiring to do so to submit proposed remedial plans by 12:00 PM Central Standard Time on Wednesday, September 13, 2023. Zac McCrary and Stephen Wolf submitted a proposed remedial plan and brief, which was uploaded to the docket at 12:09 PM on September 13, 2023 though it is unclear whether it may have been received by the Clerk's office prior to the noon deadline. Doc. 11.

Third, the Court received a proposed remedial plan from Bernard Grofman, Jonathan Cervas, and Zachary Griggy by FedEx, which was uploaded to the consolidated docket at 2:41 PM on September 13, 2023. Doc. 15. The Special Master understands that the FedEx delivery was scheduled to be delivered before the 12:00 PM deadline, but the carrier delivered it late.

Finally, the Special Master received a proposed remedial plan by e-mail from Michael Moriarty at 11:28 AM on September 13, 2023, which was uploaded to the consolidated docket on September 14, 2023. Doc. 26.

In the interest of public participation, the four filings described in this order **will be considered** by the Special Master. The time for any party or interested non-party to submit comments to any of these four proposed remedial plans is **EXTENDED** until **midnight Central Standard Time tonight (Thursday, September 14, 2023)**.

**DONE** and **ORDERED** this 14th day of September, 2023.

_Richard F. Allen_
_____
**RICHARD F. ALLEN**
**SPECIAL MASTER**