# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE REDISTRICTING 2023**<br><br>**SPECIAL MASTER** | Misc. No. 2:23-mc-1181-AMM |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Kareem U. Crayton hereby moves for permission to appear *pro hac vice* in the above-captioned action. In support of this motion, movant hereby certifies the following:

1. Mr. Crayton's residential address is ███████████████████, MD ████

2. Mr. Crayton's office address is 1140 Connecticut Avenue, Suite 1150, Washington, DC 20036. Mr. Crayton's phone number is (202) 249-7190, and the facsimile number is (859)780-5850.

3. The following is a list of the jurisdictions in which Mr. Crayton has been licensed to practice law and is currently in good standing, including dates of admission and attorney registration numbers, if applicable. Attached to this motion is a Certificate of Good Standing from the Alabama State Bar.

   - Maryland, 200212170183 (December 2002)

1

- District of Columbia, 1022408 (October 2014)
- Alabama, 0554X11H (March 2015)

4. Pursuant to Local Rule 83.1(b)(2), undersigned counsel is associated in this proceeding with Barry Ragsdale, an attorney licensed to practice in Alabama, in good standing, who resides in and maintains an office in Alabama. Mr. Ragsdale agrees to review and sign all pleadings and other papers filed in this action.

5. Movant has paid all fees required by this Rule in connection with this motion for admission *pro hac vice*.

Dated: September 14, 2023                    Respectfully submitted,

| | |
|---|---|
| /s/ Barry A. Ragsdale | /s/ Kareem Crayton |
| Barry A. Ragsdale | Kareem U. Crayton |
| ASB 2958-A38B | ASB# 0554X11H |
| Robert S. Vance, III | Brennan Center for Justice at NYU |
| ASB 8816-B11Q | School of Law |
| Dominick Feld Hyde, P.C. | 1140 Connecticut Avenue, Suite 1150 |
| 1130 22nd Street South, Suite 4000 | Washington, DC 20036 |
| Birmingham, AL 35205 | (202) 249-7190 |
| (205) 536-8888 | kareem.crayton@nyu.edu |
| bragsdale@dfhlaw.com | |
| rvance@dfhlaw.com | |

## CERTIFICATE OF SERVICE

The forgoing was served on all counsel of record via the Court's CM/ECF system this 14th day of September, 2023.

/s/ Barry A. Ragsdale
Of Counsel

*Counsel for non-party the Brennan Center*
