IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE REDISTICTING 2023

*SPECIAL MASTER*

No. 2:23-mc-01181-AMM

### SECOND AMENDED NOTICE OF SUBMISSION OF COMMENTS BY THE BRENNAN CENTER FOR JUSTICE AT N.Y.U. SCHOOL OF LAW ON PROPOSED REMEDIAL PLANS

The Brennan Center for Justice at New York University School of Law hereby gives notice that it has submitted the comments on proposed remedial plans attached as <u>Exhibit 1</u> to the Special Master.[1]

Respectfully submitted this this 14th day of September 2023.

/s/ *Kareem Crayton*
Kareem Crayton (ASB0554X11H)
BRENNAN CENTER FOR
JUSTICE AT N.Y.U. SCHOOL
OF LAW
120 Broadway, Suite 1750
New York, New York 10271
Telephone: (646) 292-8310
Email:*kareem.crayton@nyu.edu*

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale (ASB-2958-A38B)
Robert S. Vance, III (ASB 8816-B11Q)
**DOMINICK FELD HYDE, P.C.**
1130 22nd Street South, Suite 4000
Birmingham, Alabama 35205

---

[1] The attached comments are submitted on behalf of the Brennan Center for Justice and do not purport to state the views, if any, of New York University School of Law.

1

Tel.: (205) 536-8888<br>
bragsdale@dfhlaw.com<br>
rvance@dfhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this the 14th day of September 2023, I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/<i>Kareem Crayton</i>