FILED
2023 Sep-14 PM 06:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **In re Redistricting 2023** | **Misc. No.: 2:23-mc-1181-AMM**<br>**Three-Judge Court** |

### *SINGLETON* PLAINTIFFS' COMMENTS ON MORIARTY PROPOSED REMEDIAL PLANS

The *Singleton* Plaintiffs have reviewed the three plans submitted by Michael Moriarty. Although the *Singleton* Plaintiffs are pleased to see an effort to keep residents of Jefferson County together in the plan called AlabamaCongress#1, they would oppose the adoption of any of the three plans because they have population deviations of several hundred people, which is more than *de minimis*; they split an excessive number of counties (from 16 to 24, depending on the plan); they generally do not keep communities of interest together; and they bear little resemblance to prior plans, even in areas unaffected by racial gerrymanders. Moreover, it is unclear whether the plans contain two opportunity districts. In the plan called AlabamaCongress#3 in particular, it appears doubtful that Black voters would have an opportunity to elect the candidates of their choice in two districts.

Dated: September 14, 2023          Respectfully submitted,

                                                                   */s/ Henry C. Quillen*
                                                                   Henry C. Quillen
                                                                   (admitted *pro hac vice*)
                                                                   WHATLEY KALLAS, LLP
                                                                   159 Middle Street, Suite 2C

Portsmouth, NH  03801  
Tel: (603) 294-1591  
Fax: (800) 922-4851  
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.  
W. Tucker Brown  
WHATLEY KALLAS, LLP  
2001 Park Place North  
1000 Park Place Tower  
Birmingham, AL 35203  
Tel: (205) 488-1200  
Fax: (800) 922-4851  
Email: jwhatley@whatleykallas.com  
         tbrown@whatleykallas.com

*/s/ James Uriah Blacksher*  
James Uriah Blacksher  
825 Linwood Road  
Birmingham, AL 35222  
Tel: (205) 612-3752  
Fax: (866) 845-4395  
Email: jublacksher@gmail.com

Myron Cordell Penn  
PENN & SEABORN, LLC  
1971 Berry Chase Place  
Montgomery, AL 36117  
Tel: (334) 219-9771  
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann  
Eli Hare  
DICELLO LEVITT LLP  
505 20th Street North, Suite 1500  
Birmingham, AL 35203  
Tel.: (205) 855.5700  
Email: fu@dicellolevitt.com  
        ehare@dicellolevitt.com

2

U.W. Clemon  
U.W. Clemon, LLC  
Renasant Bank Building  
2001 Park Place North, Tenth Floor  
Birmingham, AL 35203  
Tel.: (205) 506-4524  
Fax: (205) 538-5500  
Email: uwclemon1@gmail.com  

Edward Still  
2501 Cobblestone Way  
Birmingham, AL  35226  
Tel: (205) 335-9652  
Fax: (205) 320-2882  
Email: edwardstill@gmail.com  

***Counsel for Singleton Plaintiffs***