FILED
2023 Sep-14  PM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXPERT REPORT OF MAXWELL PALMER, PH.D. IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO MORIARTY REMEDIAL PROPOSALS

1. My name is Maxwell Palmer. I am currently an Associate Professor of Political Science at Boston University. I previously submitted reports in the *Caster* case on December 12, 2021, and July 28, 2023. My first report in that case sets forth my qualifications in detail.

2. I testified in *Caster* in the January 2022 preliminary injunction proceedings. I was accepted by the Court as an expert in redistricting and data analysis. The Court found me to be a credible expert witness and credited my testimony on racially polarized voting and performance in its January 2022 and September 2023 opinions.

3. I also submitted a report evaluating the performance of the VRA Plaintiffs' Remedial Plan on September 11, 2023, and a report evaluating the performance of eight remedial proposals on September 13, 2023.

4. I was asked by the Caster Plaintiffs in this litigation to evaluate the performance of Moriarty Plan #1, Moriarty Plan #2, and Moriarty Plan #3.

5. For each plan, I analyzed the performance of districts by relying on precinct-level election results from the 2016, 2018, and 2020 general elections, and the 2017 special election for U.S. Senate. My original *Caster* report describes this dataset.

6. I supplemented this dataset with 2022 general election results from the data file disclosed by Dr. Baodong Liu with his July 28, 2023 report.

7. I then analyzed performance by calculating the share of the vote that the Black-preferred candidate would have won under the boundaries of each plan.

## Performance of the 3rd and 7th Districts in Moriarty Plan #1

8. I analyzed the performance of the 3rd and 7th Districts in Moriarty Plan #1. Figure 1 and Table 1 present the results.

9. Across 17 elections from 2016 to 2022, the average vote share for Black-preferred candidates in the 3rd District is 55.0%. The Black-preferred candidate won 14 of the 17 elections analyzed.

10. Across 17 elections from 2016 to 2022, the average vote share for Black-preferred candidates in the 7th District is 54.9%. The Black-preferred candidate won 16 of the 17 elections analyzed.



*Figure 1: Vote Shares of Black-Preferred Candidates Under Moriarty Plan #1*

*Table 1: Vote Shares of Black-Preferred Candidates Under Moriarty Plan #1*

| Year | Office | CD 3 | CD 7 |
|---|---|---|---|
| 2016 | U.S. President | 55.3% | 52.3% |
| 2016 | U.S. Senator | 53.8% | 50.7% |
| 2017 | U.S. Senator | 66.6% | 68.3% |
| 2018 | Attorney General | 58.1% | 57.1% |
| 2018 | Governor | 55.3% | 57.8% |
| 2018 | Lt. Governor* | 55.8% | 55.1% |
| 2018 | Sec. of State | 56.0% | 55.4% |
| 2018 | State Auditor* | 56.8% | 55.6% |
| 2018 | Supreme Ct., Chief | 58.9% | 60.7% |
| 2018 | Supreme Ct., Place 4 | 56.4% | 55.5% |
| 2020 | U.S. President | 55.9% | 55.3% |
| 2020 | U.S. Senator | 57.6% | 57.3% |
| 2022 | Attorney General* | 49.9% | 50.7% |
| 2022 | Governor* | 48.4% | 49.1% |
| 2022 | Sec. of State* | 50.4% | 51.0% |
| 2022 | Supreme Ct., Place 5* | 50.6% | 50.7% |
| 2022 | U.S. Senator* | 49.6% | 50.5% |

\* indicates that the Black candidate of choice was Black

## Performance of the 3rd and 7th Districts in Moriarty Plan #2

11. I analyzed the performance of the 3rd and 7th Districts in Moriarty Plan #2. Figure 2 and Table 2 present the results.

12. Across 17 elections from 2016 to 2022, the average vote share for Black-preferred candidates in the 3rd District is 55.0%. The Black-preferred candidate won 14 of the 17 elections analyzed.

13. Across 17 elections from 2016 to 2022, the average vote share for Black-preferred candidates in the 7th District is 56.8%. The Black-preferred candidate won all 17 of the elections analyzed.



*Figure 2: Vote Shares of Black-Preferred Candidates Under Moriarty Plan #2*

*Table 2: Vote Shares of Black-Preferred Candidates Under Moriarty Plan #2*

| Year | Office | CD 3 | CD 7 |
|---|---|---|---|
| 2016 | U.S. President | 55.3% | 54.2% |
| 2016 | U.S. Senator | 53.9% | 52.4% |
| 2017 | U.S. Senator | 66.6% | 70.1% |
| 2018 | Attorney General | 58.1% | 58.8% |
| 2018 | Governor | 55.3% | 59.5% |
| 2018 | Lt. Governor* | 55.8% | 56.8% |
| 2018 | Sec. of State | 56.0% | 57.1% |
| 2018 | State Auditor* | 56.8% | 57.4% |
| 2018 | Supreme Ct., Chief | 59.0% | 62.5% |
| 2018 | Supreme Ct., Place 4 | 56.4% | 57.2% |
| 2020 | U.S. President | 55.9% | 57.3% |
| 2020 | U.S. Senator | 57.6% | 59.3% |
| 2022 | Attorney General* | 49.9% | 52.7% |
| 2022 | Governor* | 48.4% | 51.1% |
| 2022 | Sec. of State* | 50.4% | 53.1% |
| 2022 | Supreme Ct., Place 5* | 50.6% | 52.8% |
| 2022 | U.S. Senator* | 49.6% | 52.6% |

\* indicates that the Black candidate of choice was Black

## Performance of the 1st, 3rd, and 7th Districts in Moriarty Plan #3

14. I analyzed the performance of the 1st, 3rd, and 7th Districts in Moriarty Plan #3. Figure 3 and Table 3 present the results.

15. Across 17 elections from 2016 to 2022, the average vote share for Black-preferred candidates in the 1st District is 47.5%. The Black-preferred candidate won only 3 of the 17 elections analyzed.

16. Across 17 elections from 2016 to 2022, the average vote share for Black-preferred candidates in the 3rd District is 48.0%. The Black-preferred candidate won only 5 of the 17 elections analyzed.

17. Across 17 elections from 2016 to 2022, the average vote share for Black-preferred candidates in the 7th District is 63.1%. The Black-preferred candidate won all 17 of the elections analyzed.



*Figure 3: Vote Shares of Black-Preferred Candidates Under Moriarty Plan #3*

*Table 3: Vote Shares of Black-Preferred Candidates Under Moriarty Plan #3*

| Year | Office | CD 1 | CD 3 | CD 7 |
|---|---|---|---|---|
| 2016 | U.S. President | 46.9% | 47.8% | 60.2% |
| 2016 | U.S. Senator | 46.0% | 47.1% | 58.5% |
| 2017 | U.S. Senator | 58.9% | 60.9% | 74.4% |
| 2018 | Attorney General | 51.4% | 51.3% | 65.0% |
| 2018 | Governor | 49.6% | 49.1% | 65.7% |
| 2018 | Lt. Governor* | 48.9% | 49.0% | 63.3% |
| 2018 | Sec. of State | 49.0% | 49.2% | 63.3% |
| 2018 | State Auditor* | 49.5% | 50.0% | 63.7% |
| 2018 | Supreme Ct., Chief | 52.0% | 52.5% | 67.3% |
| 2018 | Supreme Ct., Place 4 | 49.3% | 49.5% | 63.9% |
| 2020 | U.S. President | 46.8% | 48.8% | 63.4% |
| 2020 | U.S. Senator | 49.4% | 50.7% | 65.2% |
| 2022 | Attorney General* | 42.1% | 42.1% | 60.0% |
| 2022 | Governor* | 41.1% | 40.5% | 58.9% |
| 2022 | Sec. of State* | 42.7% | 42.3% | 60.5% |
| 2022 | Supreme Ct., Place 5* | 42.9% | 42.7% | 60.2% |
| 2022 | U.S. Senator* | 41.7% | 41.8% | 59.9% |

\* indicates that the Black candidate of choice was Black

I reserve the right to continue to supplement my reports in light of additional facts, testimony and/or materials that may come to light.

I declare under penalty of perjury that the foregoing is true and correct.

*Maxwell Pal*

Executed on: September 14, 2023