IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE REDISTRICTING 2023**<br><br>**SPECIAL MASTER** | Misc. No.: 2-23-mc-1181-AMM |

### Notice of Appearance

The undersigned counsel, Bryan L. Sells, who is admitted *pro hac vice* in the *Milligan* case (ECF 178), hereby enters an appearance on behalf of the Alabama Democratic Conference ("ADC"), an interested non-party that has submitted a remedial proposal for consideration by the Special Master.

Respectfully submitted this 15th day of September, 2023.

**/s/ Bryan L. Sells**
Bryan L. Sells*
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

* Admitted *Pro Hac Vice* in *Milligan*

*Attorney for the Alabama Democratic Conference*

# Exhibit 1

This exhibit consists of a .csv file describing the ADC's remedial proposal. The file can be viewed and downloaded at [https://davesredistricting.org/join/a5645e82-b3fd-4a96-b693-4d950260179a](https://davesredistricting.org/join/a5645e82-b3fd-4a96-b693-4d950260179a).

A USB drive containing the file will also be mailed to the Court to be maintained as part of the physical file.

A copy of the file has also been uploaded to the Special Master's extranet.