IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE REDISTRICTING 2023**  **SPECIAL MASTER** | Misc. No.: 2-23-mc-1181-AMM |

**Notice of Appearance**

Comes Now the undersigned counsel, Mark Sabel, and hereby enters an appearance on behalf of the Alabama Democratic Conference ("ADC"), an interested non-party that has submitted a remedial proposal for consideration by the Special Master.

Respectfully submitted this 15th day of September, 2023.

**/s/ Mark Sabel**
Mark Sabel, (SAB004)
Sabel Law Firm, LLC
P.O. Box 231348
Montgomery, AL 36123
Phone: (334) 546-2161
Email: mksabel@mindspring.com

*Attorney for the Alabama Democratic Conference*