UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WES ALLEN, *in his official capacity as Alabama Secretary of State*, *et al.*,<br><br>    Defendants. | Case No.: 2:21-cv-1291-AMM<br><br>THREE-JUDGE COURT |
| EVAN MILLIGAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WES ALLEN, *in his official capacity as Alabama Secretary of State*, *et al.*,<br><br>    Defendants. | Case No.: 2:21-cv-1530-AMM<br><br>THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WES ALLEN, *in his official capacity as Secretary of State of Alabama*, *et al.*,<br><br>    Defendants. | Case No.: 2:21-cv-1536-AMM |

**<u>INDEX OF EXHIBITS TO
REPORT AND RECOMMENDATION OF THE SPECIAL MASTER</u>**

1. Special Master's Proposed Remedial Plan # 1, including Inserts for Birmingham & Mobile and Plan Components

2. Special Master's Proposed Remedial Plan # 2, including Inserts for Birmingham & Mobile and Plan Components

3. Special Master's Proposed Remedial Plan # 3, including Inserts for Birmingham & Mobile and Plan Components

4. 2021 Plan (Legislature)

5. 2023 Plan (Legislature)

6. Alabama Democratic Conference (ADC) Plan

7. Grofman 2021 Plan

8. Grofman 2023 Plan

9. Hillyer Plan

10. McCrary Plan A

11. McCrary Plan B

12. Moriarty Plan 1

13. Moriarty Plan 2

14. Pringle Plan

15. Singleton Plan

16. VRA Plaintiffs' Plan