FILED
2023 Sep-25  PM 05:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

## Special Master's

## Proposed Remedial Plan # 2[1]

---

[1] The Special Master's Proposed Remedial Plan # 2 is also available online at https://www.google.com/maps/d/u/0/viewer?mid=18SHsH38Qr7FzH7h5tu03Q1gsYwnqBqA&ll=32.60923085 411525%2C-86.68073649999998&z=7.

**Remedial Plan 2**

| Plan Characteristics | Remedial Plan 2 |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 87.5% |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 13 |
| Municipality Splits (out of 462 municipalities) | 34 |
| Municipality Splits, excluding where at least 95% of population is together | 19 |
| Birmingham Split (% Population) | District 6: 10.4% District 7: 89.6% |
| Mobile (City) Split (% Population) | District 1: 28.1% District 2: 71.9% |
| Core Black Belt (out of 18 counties) | District 2: 8 counties District 7: 10 counties |
| Compactness: Reock Score: Statewide | 0.35 |
| Compactness: Polsby-Popper Score: Statewide | 0.24 |
| Compactness: Population Polygon Score: Statewide | 0.68 |
| Compactness: Cut Edges: Statewide | 3,647 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,755 |
| Core Retention (compared to 2023 Plan) | 66.6% | 59.3% | 100.0% | 100.0% | 100.0% | 94.1% | 92.7% |
| Compactness: Reock Score | 0.21 | 0.24 | 0.41 | 0.33 | 0.37 | 0.45 | 0.45 |
| Compactness: Polsby-Popper Score | 0.16 | 0.15 | 0.35 | 0.20 | 0.40 | 0.20 | 0.20 |
| Compactness: Population Polygon Score | 0.74 | 0.65 | 0.91 | 0.41 | 0.96 | 0.56 | 0.55 |
| Black Voting Age Population | 16.5% | 48.5% | 20.7% | 7.2% | 18.3% | 16.7% | 52.8% |

**Remedial Plan 2 Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -50.6% | **8.2%** | -40.1% | -57.7% | -29.3% | -42.7% | **29.3%** |
| Count (out of 17 contests) | 0 | **13** | 0 | 0 | 0 | 0 | **17** |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -26.2% | **30.8%** | -12.4% | -37.5% | -0.6% | -11.6% | **49.8%** |
| 2018 Attorney General | -42.2% | **16.7%** | -33.4% | -50.4% | -21.7% | -34.2% | **34.5%** |
| 2018 Auditor | -45.8% | **13.5%** | -36.5% | -54.8% | -24.0% | -38.0% | **31.9%** |
| 2018 Governor | -44.8% | **11.2%** | -34.8% | -50.3% | -22.8% | -33.0% | **33.6%** |
| 2018 Lt. Governor | -47.5% | **11.6%** | -37.6% | -56.7% | -26.5% | -40.0% | **31.5%** |
| 2018 Secretary of State | -47.1% | **11.9%** | -37.0% | -56.5% | -25.1% | -39.3% | **31.3%** |
| 2020 President | -49.4% | **10.0%** | -41.4% | -62.7% | -27.6% | -38.7% | **29.8%** |
| 2020 U.S. Senate | -42.3% | **14.5%** | -36.3% | -56.3% | -21.1% | -33.4% | **33.0%** |
| 2022 Attorney General | -59.9% | -1.5% | -52.3% | -71.4% | -37.7% | -48.5% | **22.6%** |
| 2022 Governor | -63.2% | -4.7% | -55.1% | -74.4% | -43.6% | -53.0% | **20.9%** |
| 2022 Secretary of State | -60.3% | -0.3% | -52.6% | -71.8% | -38.0% | -49.4% | **23.7%** |
| 2022 U.S. Senate | -61.5% | -2.5% | -52.9% | -71.6% | -39.2% | -49.4% | **22.6%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -53.8% | **3.9%** | -35.0% | -47.4% | -34.6% | -55.6% | **25.6%** |
| 2014 Lt. Governor | -55.1% | **4.8%** | -38.0% | -42.5% | -37.0% | -55.8% | **25.2%** |
| 2014 Secretary of State | -55.3% | **5.5%** | -39.4% | -51.5% | -38.5% | -59.7% | **24.8%** |
| 2018 Auditor | -45.8% | **13.7%** | -36.1% | -54.8% | -24.0% | -37.8% | **32.0%** |
| 2018 Lt. Governor | -47.5% | **11.8%** | -37.2% | -56.7% | -26.5% | -39.7% | **31.6%** |
| 2018 Pub. Serv. Comm'n | -46.4% | **13.8%** | -35.7% | -55.1% | -24.2% | -38.4% | **33.0%** |
| 2020 President | -48.1% | **9.6%** | -37.9% | -61.8% | -28.1% | -38.7% | **29.8%** |
| 2022 Supreme Court | -58.9% | **0.1%** | -50.9% | -70.1% | -36.6% | -48.3% | **23.4%** |
| 2022 Attorney General | -60.0% | -1.3% | -52.0% | -71.4% | -37.7% | -48.5% | **22.6%** |
| 2022 Governor | -63.3% | -4.6% | -54.9% | -74.4% | -43.6% | -52.9% | **20.9%** |
| 2022 Secretary of State | -60.4% | -0.2% | -52.3% | -71.8% | -38.0% | -49.3% | **23.7%** |
| 2022 U.S. Senate | -61.6% | -2.4% | -52.7% | -71.6% | -39.2% | -49.3% | **22.6%** |



©2021 CALIPER



©2021 CALIPER



# Remedial Plan # 2 - Birmingham

©2021 CALIPER



Remedial Plan # 2 - Mobile

Plan Name: **RemedialPlan2**
Plan Type: **Congress**

# Plan Components (Short)

Sunday, September 24, 2023                                                                                    4:20 PM

## Plan Components (Short)                                                                   RemedialPlan2

**District   1**

**County Baldwin AL**
**County Coffee AL**
**County Covington AL**
**County Dale AL**
**County Escambia AL**
**County Geneva AL**
**County Houston AL**
**County Mobile AL**

    VTD 1st Bapt Ch Irvington
    VTD 1st Bapt Ch St Elmo
    VTD Bayou La Batre Comm Ctr
    VTD Christ Anglican Church
      Block 002000

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2011 | 2012 |
| 2027 | 2038 | | | | | | | | | | |

      Block 002100

| | |
|---|---|
| 3018 | |

      Block 002200

| | |
|---|---|
| 2000 | 2012 |

      Block 002301

| |
|---|
| 1013 |

      Block 003000

| |
|---|
| 2028 |

    VTD Creekwood Ch of Christ
    VTD Cypress Shores Bapt Church
    VTD Dauphin Island UM Church
    VTD Dayspring Bapt Church
    VTD Dodge Elem
      Block 003000

| |
|---|
| 1035 |

      Block 003710

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 3002 | 3004 | 3005 | 3006 | 3007 | 3014 |
| 3015 | 3016 | 3018 | 3019 | 3020 | 3021 | 3022 | 3023 | 3024 | 3025 | 3026 | 3027 |
| 3028 | 3029 | 3030 | 3031 | 3032 | 3033 | 3034 | 3035 | | | | |

    VTD Friendship Bapt Church
    VTD Grand Bay Middle Sch
    VTD Hollingers Island Elem
    VTD Holy Name of Jesus Church
    VTD James Seals Jr. Rec. Ctr
      Block 000200

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1024 | 1025 | 1026 | 1027 | 1047 | 1048 | 1049 | 1050 | 1051 |

      Block 001200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1109 |
| 1110 | 1111 | 1112 | 1113 | 1114 | 1115 | 1116 | 1117 | 1118 | 1119 | 1120 | 1121 |
| 1122 | 1123 | 1124 | 1127 | 1128 | 1129 | 1130 | 1131 | 1132 | 1133 | 1134 | 1135 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1136 | 1137 | 1138 | 1139 | 1140 | 1141 | 1142 | 1143 | 1144 | 1145 | 1146 | 1148 |
| 1155 | 1178 | 1179 | 1180 | 1181 | 1182 | 1183 | 1184 | 1185 | 1204 | 1207 | |

VTD Living Word Church
VTD Magnolia Springs Church
VTD Meadowlake Elem
VTD Mobile Regional Sr Ctr.
VTD Mt. Ararat Bapt Church
VTD Our Savior Catholic
VTD Palmer Pillans Mid Sch
VTD Riverside Bapt Church
VTD Rock of Faith Bapt Ch
   Block 001200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1125 | 1126 | 1147 | 1149 | 1150 | 1151 | 1152 | 1153 | 1156 | 1157 | 1158 | 1159 |
| 1160 | 1161 | 1162 | 1163 | 1164 | 1165 | 1166 | 1167 | 1168 | 1169 | 1170 | 1171 |
| 1172 | 1173 | 1174 | 1175 | 1176 | 1177 | 2000 | | | | | |

   Block 001302
   3022
   Block 001502

| | | |
|---|---|---|
| 1000 | 1015 | 1016 |

   Block 007400

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1034 | 1057 |
| 1058 | | | | | | | | | | | |

VTD Seven Hills Church
VTD Seven Hills Ctr Fire
VTD Sonrise Bapt Church
VTD St. Michael Catholic
VTD St. Phillip Neri Catholic Ch
VTD Tanner Williams Hist Soc
VTD Tillmans Corner Comm
VTD Travis Rd. Bapt Ch
VTD Tree of Life Christ
VTD Union Bapt Church
VTD Volunteers of America

**District   2**
**County Barbour AL**
**County Bullock AL**
**County Butler AL**
**County Clarke AL**
   VTD Goodhope/Choctaw Bluff
   VTD Gosport VFD
   VTD Jackson City Hall
   VTD Morning Star Church
   VTD Nettlesboro VFD
     Block 957500

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1058 | 1059 | 1061 | 1063 | 1064 |

     Block 957800

| | | | | | |
|---|---|---|---|---|---|
| 3000 | 3001 | 3016 | 3025 | 3026 | 3027 |

   VTD Saltworks/Rockville
   VTD Walker Overstreet Groc
**County Conecuh AL**
**County Crenshaw AL**
**County Henry AL**
**County Macon AL**
**County Mobile AL**
   VTD 1st Bapt Ch of Wilmer

VTD Apostolic Ch of God
VTD Azalea City Ch Christ
VTD Bishop State Comm. College
VTD Boys & Girls Club
VTD Carver Campus Bishop St
VTD Christ Anglican Church

Block 002100

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 3000 |
| 3001 | 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 |
| 3013 | 3014 | 3015 | 3016 | 3017 | | | | | | | |

Block 002200

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |

Block 002301

| | | | | | |
|---|---|---|---|---|---|
| 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |

Block 003000

| | |
|---|---|
| 2025 | 2029 |

VTD Chunchula Bapt Ch
VTD Citronelle Rec Ctr
VTD City Church Mobile
VTD Collins Rhodes Elem Sch
VTD Creola Sr. Citizens Ctr
VTD Dodge Elem

Block 003100

| | | | | | |
|---|---|---|---|---|---|
| 1003 | 1004 | 1005 | 1006 | 1008 | 1009 |

Block 003710

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1011 | 1012 | 1013 | 1014 | 1015 | 1016 |
| 1017 | 1018 | 1019 | 1020 | 1021 | 3000 | 3001 | 3003 | 3008 | 3009 | 3010 | 3011 |
| 3012 | 3013 | 3017 | | | | | | | | | |

VTD E. R. Dickson Elem
VTD Ebenezer Bapt Church
VTD Eichold-Mertz Elem
VTD Fellowship Bapt Church
VTD Forrest Hill Elem Sch
VTD Friendship Miss Bapt Church
VTD Georgetown Bapt Church
VTD Gracepoint Church of God
VTD Greater Allenville Ch God
VTD Havenwood Bapt Church
VTD Hope Chapel A.M.E.
VTD Indian Springs Church
VTD J C Davis Audit
VTD James Seals Jr. Rec. Ctr

Block 000200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1028 | 1029 | 1030 | 1031 | 1032 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 1045 |
| 1046 | 1052 | 1053 | 1054 | 1055 | 1056 | 1057 | 1058 | 1059 | 1060 | 1061 | 1062 |
| 1063 | 1068 | 1069 | 1070 | 1071 | 1072 | 1073 | 1074 | 1075 | 1076 | 1077 | 1078 |
| 1079 | 1080 | 1081 | 1082 | 1083 | 1084 | 1085 | 1086 | 1087 | | | |

Block 001001

| | | |
|---|---|---|
| 2007 | 2008 | 2016 |

Block 001100

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 2000 | 2001 | 2003 | 3000 | 3001 | 3002 |
| 3003 | 3004 | 3005 | | | | | | | | | |

VTD Joseph Dotch Comm Ctr
VTD Lafitte Bapt Church

VTD Michael Figures Comm Ctr
VTD Mobile Museum of Art
VTD Moffett Rd Assembly God
VTD Mt Vernon Comm Ctr
VTD Mt. Vernon Civic Ctr
VTD New Shiloh Miss Bapt
VTD Prichard Comm Ctr
VTD Regency Ch of Christ
VTD Revelation Miss Bapt Ch
VTD Robert L Hope Comm Ctr
VTD Rock of Faith Bapt Ch

Block 001200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| 2025 | 2026 | 2027 | 2028 | | | | | | | | |

Block 001302

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 |
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
| 2036 | 2037 | 2038 | 3000 | 3001 | 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3008 |
| 3009 | 3010 | 3011 | 3012 | 3013 | 3014 | 3015 | 3016 | 3017 | 3018 | 3019 | 3020 |
| 3021 | | | | | | | | | | | |

Block 001502

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1012 |
| 1013 | 1014 | | | | | | | | | | |

VTD Saraland Civic Ctr
VTD Satsuma High Sch.
VTD Semmes Comm Ctr
VTD Semmes First Bapt Ch
VTD Shelton Beach Rd Bapt. Ch
VTD St. Ignatius Marion Ctr
VTD St. Joan of Arc Catholic
VTD St. John's Episcopal Ch
VTD Sunlight Auditorium
VTD The River
VTD Thomas Sullivan Comm Ctr
VTD Three Circles Ch Midtown
VTD Toulminville Library
VTD Turnerville Church
VTD University Ch Christ
VTD Via! Senior Ctr
VTD Vigor High School
VTD Westminster Presbyterian

**County Monroe AL**
**County Montgomery AL**
**County Pike AL**
**County Russell AL**
**County Washington AL**

**District   3**

**County Calhoun AL**
**County Chambers AL**
**County Cherokee AL**

**County Clay AL**
**County Cleburne AL**
**County Etowah AL**
**County Lee AL**
**County Randolph AL**
**County St. Clair AL**
**County Talladega AL**
    VTD Antioch Bapt Church
    VTD Bethel Bapt Church
    VTD Brecon/Spring St.
    VTD Eastaboga/Lincoln
    VTD Fayetteville/County Line
      Block 011502

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1012 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1022 | 1023 | 1024 |
| 1025 | 1026 | 1028 | 1040 | 1041 | 1042 | 1043 | 1044 | 1045 | 1046 | 1047 | 1048 |
| 1049 | 1050 | 1051 | 1052 | 1066 | 1067 | 1068 | 1069 | 1074 | | | |

      Block 011900

| | | |
|---|---|---|
| 1065 | 2015 | 2016 |

    VTD Ironaton
    VTD J. Craig Smith
    VTD Lay Lake/St. Andrews
    VTD Limbaugh/Bon Air/Oak Grove
    VTD Mabra/Kingston/TC
    VTD Munford
    VTD Stemley/Renfroe
    VTD Sycamore Nutr Ctr
    VTD Waldo City Hall
    VTD Winterboro/Berney St.
**County Tallapoosa AL**

**District   4**

**County Blount AL**
**County Colbert AL**
**County Cullman AL**
**County DeKalb AL**
**County Fayette AL**
**County Franklin AL**
**County Lamar AL**
**County Lauderdale AL**
    VTD 1st Presbyterian Church
    VTD Atlas Ch of Christ
    VTD Broadway Rec Ctr
    VTD Center Star 1st Bapt
      Block 011603

| | | | |
|---|---|---|---|
| 2025 | 2026 | 2027 | 2028 |

      Block 011606

| | | | | | |
|---|---|---|---|---|---|
| 1005 | 1012 | 1034 | 1035 | 1042 | 1043 |

    VTD Central Bapt Church
    VTD Central Comm Ctr
    VTD Christ Chapel Ch Annex
    VTD Cloverdale Comm Ctr
    VTD E Campus Woodmont BC
    VTD Fairgrounds Rd Senior Ctr
    VTD Florence Blvd Ch of Christ
    VTD Florence first Bapt
    VTD Florence High School

VTD Grady Richards Ctr
VTD Handy Rec Ctr
VTD Hibbett School
VTD Highland Bapt Church
VTD Killen Ch Christ Annex
VTD Lauderdale Co Bd
VTD Lexington Sr Ctr
   Block 011700
   1015
VTD Oakland Fire St
VTD Sherrod Ave Ch Christ
VTD St Florian Sr Ctr
VTD St James UM
VTD Stewartville Ch Christ
VTD Underwood Comm Ctr
VTD Waterloo Sr Bldg
VTD Zip City Comm Ctr
**County Marion AL**
**County Marshall AL**
**County Tuscaloosa AL**
VTD Big Sandy Church
   Block 010705

| 1001 | 1003 |
|------|------|

VTD Bobby Miller Activity Ctr
   Block 012503

| 2001 | 2002 | 2010 | 2018 | 2028 | 2029 | 2030 | 2031 |
|------|------|------|------|------|------|------|------|

   Block 012504

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 2004 | 2005 |
| 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2046 | 2047 | 2050 | 2051 |
| 2052 | 2054 | 2055 | 2056 | | | | | | | | |

   Block 012505

| 1037 | 1045 | 1046 | 1047 | 2015 | 2016 | 2017 | 2018 |
|------|------|------|------|------|------|------|------|

VTD Buhl VFD
VTD Carroll Creek Church
VTD Chapel Hill Church
VTD Church of Highlands
VTD Coker VFD
VTD County Rd Camp #3
VTD Echola FD
VTD Elrod VFD
VTD Flatwoods Church
VTD Fosters VFD
VTD Holt Elem School
VTD Mary Phelps Ctr
VTD Mayfield VFD
VTD McDonald Hughes Ctr
   Block 011703

| 2008 | 2022 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2038 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2039 | 2041 | 2042 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2058 | 2059 | 2061 |
| 2063 | 2064 | 2066 | 2067 | 2068 | 2069 | | | | | | |

   Block 012501

| 1023 | 1024 | 1025 | 1026 | 1027 | 1029 | 1031 | 1033 | 1084 | 1085 | 1089 | 1119 |
|------|------|------|------|------|------|------|------|------|------|------|------|

| 1120 | 1121 | 1122 | 1123 | 1124 |
|------|------|------|------|------|

VTD Montgomery VFD
VTD Mt Olive Church
VTD New Zion Church
VTD Northport City Hall
VTD Northport Comm Ctr
VTD Northside Lions Club
VTD Ralph VFD
VTD Romulus VFD
VTD Sheriffs Firing Range
VTD Station #2 Carroll Creek
VTD Unity Bapt Church
VTD Vestavia Hills Elem School
VTD Whitson Place Church
VTD Windham Springs Church
VTD Yellow Creek Church

**County Walker AL**

**County Winston AL**

**District   5**

**County Jackson AL**

**County Lauderdale AL**

VTD Anderson Town Hall

VTD Center Star 1st Bapt

Block 011605

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2017 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2018 | 2019 | 2020 | 2028 | 2029 | 2030 | 2031 | 2035 | 2036 | | | |

Block 011606

| 1000 | 1001 | 1002 | 1003 | 1004 | 1010 | 1011 | 1013 | 1014 | 1015 | 1016 | 1017 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 |
| 1030 | 1031 | 1032 | 1033 | 1044 | 1045 | 1046 | 2000 | 2001 | 2002 | 2003 | 2004 |
| 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
| 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 |
| 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 |
| 2053 | 2054 | 2055 | | | | | | | | | |

Block 011700

| 4012 | 4013 | 4014 | 4017 | 4026 | 4027 | 4028 | 4029 | 4038 | 4039 | 4040 | 4041 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 4042 | 4043 | | | | | | | | | | |

VTD Elgin Senior Ctr

VTD Lexington Sr Ctr

Block 011700

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1012 | 1013 | 1014 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 |
| 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 | 1036 |
| 1037 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 1045 | 1046 | 1047 | 1048 |
| 1049 | 1050 | 1051 | 1052 | 1053 | 1054 | 1055 | 3000 | 3001 | 3002 | 3003 | 3004 |
| 3005 | 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 | 3013 | 3014 | 3015 | 3016 |
| 3017 | 3018 | 3019 | 3020 | 3021 | 3022 | 3023 | 3024 | 3025 | 3026 | 3027 | 3028 |
| 3029 | 3030 | 3031 | 3032 | 3033 | 3034 | 3035 | 3036 | 3037 | 3038 | 3039 | 3040 |
| 3041 | 3042 | 3043 | 3044 | 3045 | 3046 | 3047 | 3048 | 3049 | 3050 | 3051 | 3052 |
| 3053 | 3054 | 3055 | 3056 | 3057 | 3058 | 3059 | 3060 | 4000 | 4001 | 4002 | 4003 |
| 4004 | 4005 | 4006 | 4007 | 4008 | 4009 | 4010 | 4011 | 4015 | 4016 | 4018 | 4019 |
| 4025 | | | | | | | | | | | |

Block 011801

| 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 |
|------|------|------|------|------|------|------|------|------|------|------|------|

| 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1082 | 1083 | 1092 |
| 1093 | 1094 | 1095 | 1096 | 1097 | 1099 | 1100 | 1101 | 1102 | 1103 | 1104 | 1105 |
| 1109 | 1110 | 1111 | 2002 | 2003 | 2004 | 2005 | 2020 | | | | |

VTD Rogersville Sr Ctr

**County Lawrence AL**
**County Limestone AL**
**County Madison AL**
**County Morgan AL**

**District   6**

**County Autauga AL**
**County Bibb AL**
**County Chilton AL**
**County Coosa AL**
**County Elmore AL**
**County Jefferson AL**

VTD Afton Lee Comm Ctr
VTD Bagley Jr HS
VTD Birmingham Botanical Gardens
VTD Bradford Sanctuary of Praise
VTD Brookwood Bapt Church
VTD Cherokee Bend Elem Sch
VTD Church at Grants Mill
VTD Church of the Highlands
VTD Clay Comm Ctr
VTD Corner Sch
VTD Crestwood Ed Ctr
VTD East Pinson Valley Ctr
VTD Fullness Christian Fellowship
VTD Fultondale Sr Citizens Bldg

Block 011706

| 1026 | 2044 |

Block 011707

| 1014 | 1015 | 1016 | 1017 | 1021 | 1022 | 1037 |

Block 011709

| 1001 | 1002 | 1003 | 1005 | 1006 | 1007 | 1009 | 1011 | 1012 | 1013 | 1017 | 1018 |
| 1020 | 1021 | 1023 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1039 |
| 1042 | 1046 | 1049 | 1050 | 1051 | 1055 | 1057 | 1059 | 1060 | 1061 | 1062 | 1063 |
| 1064 | 1065 | 1066 | 1067 | 1068 | 1069 | 1070 | 1072 | 1073 | 1074 | 1075 | 1076 |
| 1077 | 1078 | 1079 | 1080 | 1081 | 1082 | 1083 | 1084 | 2002 | 2004 | 3001 | 3018 |
| 3024 | | | | | | | | | | | |

Block 011901

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1027 | 1028 | 1029 | 1030 | 1031 | 1040 | 1041 |
| 1042 | 1043 | 1090 | 1097 | | | | | | | | |

VTD Gardendale Civic Ctr
VTD Gardendale Mt Vernon UM
VTD Guiding Light Church
VTD Homewood Public Lib
VTD Hoover Pk & Rec Ctr
VTD Hoover Public Library
VTD Horizon Church
VTD Irondale City Hall
VTD Irondale Sr Citizens Bldg
VTD Kimberly UM church
VTD Leeds 1st UM Church

VTD Leeds Civic Ctr
VTD Liberty Pk Bapt Church
VTD Life Church
VTD McElwain Bapt Church
VTD Metropolitan/Rocky Rdg
VTD Morris Sr Citizens Bldg
VTD Mountain Brook City Hall
VTD Mountain Brook Comm Church
VTD Mountain Brook Elem Sch
VTD Mountain View Bapt
VTD Mountaintop Comm Church
VTD Mt Olive Comm Ctr
VTD New Merkel Cahaba Hts Ctr
VTD Oakmont Presb Church
VTD Palmerdale UM Church
VTD Rock School Ctr
VTD Saint Lukes Church
VTD Saint Thomas Church
VTD Shades Cahaba Elem Sch
VTD Shades Mtn Comm Church
VTD St Peter Apostle Church
VTD Tom Bradford Pk

Block 011112

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 3009 | 3010 | 3011 | 3015 | 3016 | 3017 |
| 3018 | 3019 | 3020 | 3021 | 3022 | 3023 | 3024 | 3025 | | | | |

Block 011113

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 1011 | 1022 | 1023 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 |
| 1032 | 1033 | 1034 | 1035 | 1036 | 1037 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 |
| 1044 | 3000 | 3001 | 3006 | 3007 | | | | | | | |

Block 011805

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 2000 | 2001 | 2002 | 2003 |
| 2004 | 2005 | 2006 | 3015 | 3016 | 3018 | 3019 | 3023 | 3024 | 3041 | 3042 | |

VTD Town Village Vestavia
VTD Trafford City Hall
VTD Trussville !st Bapt
VTD Trussville City Hall
VTD Trussville/North Park
VTD Vestavia Hills UM
VTD Warrior City Hall
**County Shelby AL**
**County Talladega AL**
VTD Fayetteville/County Line

Block 011501

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
| 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 |
| 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
| 2060 | | | | | | | | | | | |

Block 011502

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1020 | 1021 | 1027 | 1053 | 1054 | 1055 |
| 1056 | 1057 | 1058 | 1059 | 1060 | 1061 | 1062 | 1063 | 1064 | 1065 | 1070 | 1071 |
| 1072 | 1073 | 1077 | 2168 | | | | | | | | |

**District   7**
**County Choctaw AL**
**County Clarke AL**
    VTD Bashi Meth Church
    VTD Coffeeville Town Hall
    VTD Fulton City Hall
    VTD Fulton Fire Station
    VTD Grove Hill
    VTD Hopewell Bapt Church
    VTD Nettlesboro VFD
      Block 957500

| 1005 | 1006 | 1007 | 1008 | 1013 | 1014 | 1015 | 1045 | 1046 | 1047 | 1052 | 1056 |
| 1057 | 1060 | 1062 | 1065 | | | | | | | | |

      Block 957800

| 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3010 | 3011 | 3012 | 3013 | 3017 | 3018 |
| 3019 | 3028 | | | | | | | | | | |

    VTD Opine-Tallahatta VFD
    VTD Salitpa FD
    VTD Skipper/Jackson
    VTD Thomasville
    VTD Thomasville NG Amory
    VTD Walnut Grove Church
    VTD Whatley
    VTD Winn VFD
**County Dallas AL**
**County Greene AL**
**County Hale AL**
**County Jefferson AL**
    VTD Adamsville Bapt Church
    VTD Adamsville Church of God
    VTD Alliance Comm Ctr
    VTD Avondale Elem Sch
    VTD Avondale Public Library
    VTD Bapt Church of McAdory
    VTD Barrett Elem Sch
    VTD Bell Wallace Bldg
    VTD Bessemer City Hall
    VTD Bessemer Civic Ctr
    VTD Bessemer FD #5
    VTD Bethel Bapt Church
    VTD Birmingham FD #12
    VTD Bluff Pk UM Church
    VTD Brighton Sr Citizen Bldg
    VTD Brooklane Comm Church
    VTD Brookside Comm Ctr
    VTD Brownsville Comm Ctr
    VTD Bryant Chapel AME
    VTD Bush Hill Academy
    VTD Center Pt 1st Bapt
    VTD Center Pt Comm Ctr
    VTD Central Pk Elem Sch
    VTD Central Pk Rec Ctr
    VTD Charles Brown Elem Sch
    VTD CJ Donald Elem Sch
    VTD Dolomite W Field Comm Ctr

VTD Don Hawkins Pk & Rec
VTD Dunbar-Abrams Comm Ctr
VTD East Ensley Public Lib
VTD Edgewood Elem Sch
VTD Ensley Pk Rec Ctr
VTD Faith Chapel Christian Ctr
VTD Fire Dept Admin Bldg
VTD First Bapt Booker Heights
VTD Five Pts W Public Lib
VTD Forestdale Square
VTD Fultondale 1st Bapt
VTD Fultondale Sr Citizens Bldg

Block 011707

| 1018 | 1019 | 1020 | 1023 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1032 | 1033 | 1034 | 1035 | 1036 | 1038 | 1039 | 1040 | 1041 | 1042 |      |      |

Block 011709

| 2007 | 2008 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 |
| 2044 | 2045 | 2046 | 2047 | 2049 | 2050 | 2051 | 2052 | 3004 | 3007 | 3016 | 3017 |
| 3021 | 3022 |      |      |      |      |      |      |      |      |      |      |

Block 011901

| 1038 | 1039 | 1044 | 1045 | 1059 | 1060 | 1063 | 1067 | 1069 | 1084 | 1085 | 1086 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1087 |      |      |      |      |      |      |      |      |      |      |      |

Block 012003

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1012 | 1013 | 1014 | 1015 | 1016 | 1021 | 1022 | 1023 | 2000 | 2001 | 2002 | 2003 |
| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| 2016 | 2017 | 2018 | 2019 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |      |      |

VTD George French Student Ctr
VTD Glen Iris Elem Sch
VTD Glen Oaks Elem Sch
VTD Grant St Bapt Church
VTD Harrison Pk Rec Ctr
VTD Hemphill Sch Bldg
VTD Henry Crumpton Rec Ctr
VTD Highland Pk Golf Course
VTD Hillview FD #1
VTD Homewood Excpt Foundation
VTD Homewood Sr Ctr
VTD Hooper City Rec Ctr
VTD Hoover Met Sports Complex
VTD Hoover Met Stadium
VTD Hudson Mid Sch
VTD Inglenook Elem Sch
VTD Jefferson Courthouse
VTD Johns Comm Ctr
VTD Jonesboro Elem Sch
VTD Legion Field Gate 7
VTD LM Smith Mid Sch
VTD Martha Gaskins Elem Sch
VTD Maurice West Comm Ctr
VTD Maytown Bapt Church
VTD McAlpine Rec Ctr
VTD Memorial Rec Ctr

VTD Midfield Comm Ctr
VTD Minor Elem Sch
VTD Minor FD
VTD More Than Conquerors Church
VTD Morgan Rd UM Church
VTD Morton Simpson Comm Ctr
VTD Mount Hebron Church
VTD Mt Pilgrim Church
VTD Mt Zion Church
VTD Mt Zion Comm Church
VTD Mulga Town Hall
VTD Muscoda Comm Ctr
VTD New Beginning Church
VTD New Bethal Church
VTD New Rising Star Church
VTD North Avondale Public Library
VTD North Birmingham Library
VTD North Birmingham Rec
VTD Norwood Comm Ctr
VTD Oak Grove 1st Bapt Church
VTD Oliver Elem Sch
VTD Our Lady of Lourdes Church
VTD Oxmoor Valley Comm Ctr
VTD Parkwood Church of God
VTD Pleasant Grove Church
VTD Pleasant Hill UM Church
VTD Pleasant Rdg Family Life
VTD Prince of Peace Cath Church
VTD Ramsay Alt HS
VTD Robinson Elem Sch
VTD Roosevelt City Comm Ctr
VTD Ross Bridge Welcome Ctr
VTD Sandusky Comm Ctr
VTD Shades Crest Bapt Church
VTD Shepherd Ctr E
VTD Sixth Ave Church
VTD South Hampton Elem Sch
VTD Southside Branch Public Lib
VTD Southside Homes Comm Ctr
VTD Southtown Housing Comm Ctr
VTD St Mary's Cath Church
VTD Sun Valley Elem Sch
VTD Sylvan Springs !st UM Church
VTD Tarrant City Hall
VTD Thompson Manor Comm Ctr
VTD Tom Bradford Pk
    Block 005907
     1000    1001    1002    1004    1005
    Block 011112
     3026    3027    3028
    Block 011113
     3002    3003    3004    3005
    Block 011805
     3017    3021    3044
VTD Union Hill Bapt Church

VTD Valley Creek Bapt Church
VTD Virginia College
VTD Wenonah HS
VTD West End Academy
VTD West Jeff Rec Ctr
VTD Wiggns Library
VTD Wilkerson Mid Sch
VTD Willow Wood Rec Ctr

**County Lowndes AL**
**County Marengo AL**
**County Perry AL**
**County Pickens AL**
**County Sumter AL**
**County Tuscaloosa AL**

VTD Abernant Bapt Church
VTD Alberta Bapt Church
VTD Belk Activity Ctr
VTD Big Sandy Church

Block 010704

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 |
| 1036 | 1037 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 2028 | 2029 | 2030 |
| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2082 | 2088 | 2089 | 2090 |

Block 010705

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1002 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1012 | 1013 |
| 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 | 1025 |
| 1026 | 1027 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
| 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
| 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 |
| 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | | | |

VTD Bobby Miller Activity Ctr

Block 012403

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 3022 | 3023 | 3033 | 3034 | 3035 |

Block 012503

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | 1003 | 1005 | 1006 | 1008 | 1009 | 1010 | 1011 | 1012 | 1013 | 1014 | 1015 |
| 1016 | 1017 | 1018 | 1025 | 1026 | 1027 | 1028 | 1029 | 1038 | 1039 | 2000 | 2003 |
| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| 2017 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2032 | 3000 |
| 3001 | 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 |
| 3013 | 3014 | 3015 | 3016 | 3017 | 3018 | 3019 | 3020 | 3021 | | | |

Block 012504

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2013 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 |
| 2048 | 2049 | 2053 | 2057 | | | | | | | | |

Block 012505

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 |
| 1036 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 1048 | 2000 | 2001 | 2002 |
| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
| 2019 | 2020 | | | | | | | | | | |

VTD Coaling Town Hall
VTD Cornerstone Church
VTD Cottondale Comm Church

VTD Cottondale Meth Church
VTD Duncanville School
VTD Forrest Lake Church
VTD G G Hardin Comm Ctr
VTD Hagler VFD
VTD Kellerman Antioch Church
VTD Lakeview Church
VTD McAbee Ctr
VTD McDonald Hughes Ctr
   Block 011701

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1020 |

   Block 011703

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2009 | 2010 | 2011 | 2012 |
| 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2023 | 2024 | 2025 |
| 2035 | 2036 | 2037 | 2040 | 2043 | 2046 | 2047 | 2048 | 2049 | 2050 | 2057 | 2060 |
| 2062 | 2065 | 2070 | 2071 | 2072 | | | | | | | |

   Block 011800

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1012 | 1013 | 1014 | 1015 | 1016 |
| 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 |
| 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| 2030 | 2031 | 2032 | 2033 | 2035 | 2036 | 3000 | 3001 | 3002 | 3003 | 3004 | 3005 |
| 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 | 3013 | 3014 | 3015 | 3016 | 3017 |
| 3018 | 3019 | 3020 | 3021 | 3022 | 3023 | 3024 | 3025 | 3026 | 3027 | 4001 | 4002 |
| 4005 | 4006 | 4007 | 4008 | 4009 | 4010 | 4011 | 4012 | 4013 | 4014 | 4015 | 4016 |
| 4017 | 4018 | 4019 | 4020 | 4021 | 4022 | 4023 | 4032 | 4033 | 4034 | 4035 | 4036 |
| 4037 | 4038 | 4040 | 4041 | 4042 | | | | | | | |

   Block 012403

| | | | | | | |
|---|---|---|---|---|---|---|
| 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 |

VTD Mt Pilgram Church
VTD New Life Church
VTD Peterson Church
VTD Stillman College
VTD Tannehill Valley Church
VTD Tuscaloosa Courthouse
VTD UA Rec Ctr
VTD University Mall
VTD Vance Town Hall
**County Wilcox AL**